```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
2                       MACON DIVISION

3   EDWARD LAMAR BLOODWORTH,        :
                                    :
4           Plaintiff              :
                                    :
5      vs.                         :   CIVIL ACTION
                                    :   NO.
6   UNITED STATES OF AMERICA,       :   5:13-CV-112(MTT)
                                    :
7           Defendant              :
    -------------------------------- :
8   DAE EEK CHO,                    :
                                    :
9           Plaintiff              :   CIVIL ACTION
                                    :   NO.
10     vs.                         :   5:13-CV-153(MTT)
                                    :
11  UNITED STATES OF AMERICA,       :
                                    :
12          Defendant              :
    -------------------------------
13  MACON, GEORGIA       10:03 A. M.       JANUARY 2, 2014

14          The deposition of DAE EEK CHO is being taken by

15  the Defendant; testimony is being given before Frances

16  Y. Grice, Georgia Certified Court Reporter B-2383, in

17  the offices of U. S. Attorney's Office, 475 Mulberry

18  Street, 3rd Floor, Macon, Georgia, on January 2, 2013,

19  beginning at approximately 10:03 a. m.

20  ------------------------------------------------------------
    APPEARANCES:
21
    For the Plaintiff:      PRO SE
22
    For the Defendant:      MS. SHEETUL S. WALL
23                          United States Attorney's Office
                            Post Office Box 2568
24                          Columbus, Georgia  31902

25  Also present:  Jason Lee, Interpreter
                   Edward Lamar Bloodworth
```

1   STIPULATIONS:

2           The stipulations taken in the previous

3       deposition of DAE EEK CHO, which was taken in

4       the above-captioned cases on December 20, 2014,

5       are adopted in their entirety for the

6       continuing deposition of DAE EEK CHO.

7           (REPORTER'S NOTE:     The witness RESERVES

8       the right to read and sign the completed

9       transcript of the deposition.)

10          (JASON LEE was sworn by the court reporter

11      to interpret Korean into English and English

12      into Korean.)

13  ----------------------------------------------------------

14                       DAE EEK CHO

15          having first been duly sworn by the

16              court reporter, testified on

17                   CROSS-EXAMINATION

18  BY MS. WALL:

19      Q    Ms. Cho, we are here again to continue your

20  deposition from December 20th, 2013.  You are put under

21  oath again today, and the same rules apply as last time.

22  If you will just answer using words rather than nodding

23  your head and speak through the interpreter to keep the

24  transcription flow.  I know that you understand English,

25  and I know that sometimes you want to answer back in

1    English, but the court reporter needs to transcribe what
2    the interpreter is saying.  Do you have any questions?
3        A    (In English)  Can I ask you something?  Can I
4    ask -- I want to speak sometimes out.  I want to speak.
5    If I need an interpreter, I'll ask him to -- I --
6    sometimes I need him.  A lot of time when I have
7    trouble, I need interpreter today.  He's here today, but
8    I like to speak English today.  May I?
9        Q    Ms. Cho, you don't have to have an interpreter
10   here, but if we have an interpreter here, we need to --
11       A    (In English)    I need the interpreter today.
12       Q    Right, so he's --
13       A    (In English)    I need him as well.
14       Q    So we need to go through the interpreter, which
15   is part of the reason why we're continuing on a second
16   day.  Every question gets asked twice and answered twice
17   because we need to use the interpreter.
18       A    (In English)   If I need interpreter every
19   question -- if I need every question interpreter, if I
20   need, I -- can I ask -- could I ask him to tell me?
21       Q    No.  No, ma'am.  He's not here as an on-call.
22   He's --
23       A    (In English)    I need -- I need the
24   interpreter, but I like to speak English to -- to my
25   case, you know, to my case.

1    Q    If you don't want an interpreter, we don't have
2    to have one.
3    A    (In English)    No, I will say I need
4    interpreter.  I need -- I need.  I need.  I need it, but
5    I like to little bit more solid to my case, I want to
6    say my -- what I want to say.  Of course, I'm not
7    totally blind, and I want to -- my case is solid in the
8    process.  So I -- I want to speak -- I want to speak.  A
9    lot of times -- a lot of times I want to speak --
10   probably I will speak English, and if I don't
11   understand, if you don't understand, ask him to help me.
12   Q    I know what you're saying Ms. Cho, and I think
13   in any other setting that might be okay.  In this
14   setting, we need to go through the interpreter.  If you
15   -- if we have an interpreter here and the Government is
16   paying for him to be here, he's a licensed Korean
17   interpreter, if you feel like he's not interpreting
18   properly, that's a different issue, but I cannot
19   guarantee that you understand my question or that the
20   court reporter's understanding your answers, and so it's
21   very important to get accurate testimony that you speak
22   through the interpreter.
23   A    (In English)    Okay, and other things, before
24   the deposition today start --
25   Q    We've already started.

```
 1      A    (In English)     Yes, but I like to -- I like

 2   to mention some about the clear about our last time --

 3   last time we went to deposition, about -- I want to

 4   clear about something.

 5      Q    So put -- so this is what we --

 6      A    (In English)     I -- I want to have a open --

 7   opening statement today before deposition.

 8      Q    We're not -- this --

 9      A    (In English)     May I have it?

10      Q    No, ma'am.  This is a question and answer.  If

11   you feel like you need to clarify --

12      A    (In English)     Yes.

13      Q    -- from last time --

14      A    (In English)     Yeah.

15      Q    -- maybe we can get to that point, but we need

16   to get through the deposition, and it takes longer

17   because we're having to use an interpreter, as it is,

18   but you are also going to be allowed to read your

19   transcript and make corrections when it's completed,

20   just like your husband did for his deposition.  So, if

21   you feel like something is not clear or if you feel like

22   something was not accurate, then you can correct it

23   later.

24      A    (In English)     Last time I need to make -- I

25   want to make clear.  Last times deposition couple of
```

```
1    questions I want to make clear.
2         Q    Sure, so why don't we wait until at the end,
3    and then you can do that.  I just want to make sure we
4    don't run out of time.  I need to get --
5         A    (In English)    I need to --
6         Q    -- through your complaint, but this interaction
7    we just had, I don't know that the court reporter was
8    able to take everything down.
9         A    (In English)    Okay.
10        Q    So let's use the interpreter --
11        A    (In English)    Okay.
12        Q    -- for all -- and if you feel like the
13   interpreter is not interpreting properly, just make a
14   note somewhere for whatever that question is --
15        A    (In English)    Okay.
16        Q    -- and then you can let the judge know, or you
17   can send a letter or however you can document it somehow
18   if you feel like it, but we need to use the interpreter.
19        A    (In English)    Okay.
20        Q    All right.  So last time, before we ended, I
21   believe we went through your SF-95, which is the form
22   you filed and marked as Exhibit 3.  This is what we went
23   through when we left off last time.  I'm going to show
24   you now what we have already marked as Defendant's
25   Exhibit 4.  This is an amended complaint filed by you,
```

1  correct?

2      A    Yes.

3      Q    Is that your signature?

4      A    Yes.

5      Q    Is that your signature on the certificate of

6  service page?

7      A    Yes.

8      Q    Did you have anyone helping you draft the

9  complaint?

10     A    The help, it was me and my husband and

11 counselor, and before we prepared it, we talked to a

12 couple of my friend -- our friends.

13     Q    Your husband's not a lawyer, right?

14     A    That's correct.

15     Q    The counselor, do you mean lawyer?

16     A    A lot of them lawyers, couple of, yeah,

17 lawyers.

18     Q    Who are the lawyers that helped you with your

19 complaint?

20     A    Nobody -- no attorney helped me to actually

21 prepare this.  I just got advice from attorney about how

22 to proceed with this measure when I told them what had

23 happened to me.

24     Q    Who are the lawyers?

25     A    Schwartz, Joe Ozart, Bonnie Yoon.

```
 1        Q     Dale Schwartz?

 2        A     Dale Schwartz.

 3        Q     And then you said and other friends?

 4        A     I talked to a few of my church friends because

 5   this is a process I went through, the ordeal that I went

 6   through was so, so, so much, and they were shocked by

 7   what I told them.

 8        Q     Did they help you draft the complaint?

 9        A     Not at all.  Not at all.

10        Q     And everything in your amended complaint is

11   true, correct?

12        A     Yes.

13        Q     Turn to page 4, please.  In the first paragraph

14   on page 4, you say that on May 10th or May 11th, it was

15   freezing.  Do you see that?

16        A     Where is that?

17        Q     Okay, I'll show you.  Page 4.  Do you see where

18   I'm pointing to the sentence that starts with the word

19   the temperature inside the holding cell?  Do you see

20   that?

21        A     (In English)     Yeah, I said freeze and smelly

22   holding -- yes.

23        Q     So did you find the sentence that the holding

24   cell was filthy, smelly, and unfit for animals; the

25   temperature inside the holding cell was 40 degrees,
```

```
1   almost freezing?

2        A    Yes.

3        Q    Was the holding cell an indoor facility?

4        A    Yes.

5        Q    Were there any open windows?

6        A    No, there was no open windows.  There was a

7   window where you can see through to the other room, but

8   no open windows.

9        Q    In that same paragraph, the next sentence, you

10  state the Plaintiff was only allowed one, thin T-shirt

11  to shield from the almost freezing temperatures.  Did

12  you see that?

13       A    Yes, that was correct, and there was a rule.

14       Q    And there was a what?

15       A    There was -- that was the rule.

16       Q    So everybody else had on the same type of

17  clothing, correct?

18       A    Some of them two shirts was wearing.

19       Q    Some of the detainees were wearing two shirts?

20       A    That's right.

21       Q    Do you know what the temperature was outside

22  that day?

23       A    Probably 75 degrees, maybe 79 degrees, maybe

24  more.

25       Q    Do you know why it might be freezing, 40
```

1  degrees inside with 75 degrees outside?

2      A    Actually, the -- it wasn't even 40 degrees.  It

3  was even less than 40 degrees, maybe 30 to 35 degrees.

4  That's what it felt like, and the chair, it wasn't a

5  wooden -- normal, wooden chair, but was a stainless

6  steel chair, so it was cold, and they had me kept there

7  for ten hours, more than ten hours.

8      Q    So my question is, Ms. Cho, do you know why it

9  might be freezing inside while it's 75 to 79 degrees

10  outside, or do you have -- do you have a guess?

11      A    Yes.  Yes, ice.  When we asked them to raise

12  the temperature because we were so cold, they said okay,

13  but didn't adjust the temperature, and later, they were

14  -- later, they were saying -- or they were treating us

15  like we're germs.  Like, you know, the capacity of the

16  holding cell was full of people, but they packed us in

17  like 17 people in the cell, and you know, they're

18  treating us like germs and since we're germs, that you

19  have to keep the place cold.

20      Q    The last time when we were here, Ms. Cho, you

21  didn't know the address.  You were staying with friends.

22  Where -- what is your address now?

23      A    I don't know the address.  I cannot -- I cannot

24  tell you.  I don't remember, and that's the truth.

25      Q    Are you living in a house right now?

```
 1      A     Yes.

 2      Q     Is is in Macon?

 3      A     Yes.

 4      Q     Are you still living with the same friends?

 5      A     Yes.

 6      Q     David Peterson?

 7      A     No, he's the church pastor.

 8      Q     Oh, okay.  What is the name of your friend

 9 you're living with?

10      A     Alton.

11      Q     I think you told me that last time.  I

12 missed --

13      A     (In English)   Yeah, I told -- yes.

14      Q     I remember how.  So it's someone named Alton,

15 and what's Alton's last name?

16      A     I'm not sure.

17      Q     And is it -- does your husband live with you

18 there?

19      A     Yes.

20      Q     So is it you, your husband, and Alton living

21 there?

22      A     Yes.

23      Q     Anyone else?

24      A     Alton's wife.  That's what I -- I think.

25      Q     You're not sure if his wife lives there?
```

1      A     I never met -- I have never met her, but I've
2   seen her go back and forth, and her -- I guessed that
3   they was -- it was his wife.
4      Q     Do you pay rent there?
5      A     No, we don't pay rent, but Alton had owed us --
6   owes us a lot of money.
7      Q     Do you still get mail at the P.O. Box?
8      A     Yes.
9      Q     And how long do you plan on staying at Alton's
10  house?
11     A     Probably until this Saturday or Sunday.
12     Q     And then where will you move?
13     A     We have to go to Atlanta.  I have a doctor's
14  appointment there on January 6th.  So we plan to go to
15  Atlanta, look for a place to live and look for a job.
16     Q     So just let me know if your address changes, if
17  your mailing address changes, and also when you have a
18  permanent address.
19     A     Okay.
20     Q     And is your doctor's appointment related to the
21  ███?
22     A     Yes, uh-huh.
23     Q     Which doctor are you going to go see?
24     A     Christopher Hagenstead.
25           (In English)      REDACTED    .

1      Q      REDACTED

2      A      (In English)      Yeah.

3      Q      Turn to page 2.  We're still on Exhibit 4.

4  Under the paragraph titled statement of facts, see the

5  sentence starting with the word on April 27, 2011.  You

6  say that you were told to enter a white van being driven

7  by a woman that you did not know.  Is that correct?

8      A      That's right.  I didn't know who she was and

9  nobody told me who she was.

10     Q      Do you know who she is now?

11     A      If I think of it now, I would think she is

12  somebody that's related to ICE, no?

13     Q      Where were you when you were told to get into

14  the van?

15     A      I was being held at Gwinnett County holding

16  cell, and I thought I was being -- I thought I was going

17  to get released, but they told me that I was being held

18  by ICE, and they -- they said it'll be here 9:00 a.m.,

19  but -- so I started waiting since 12:00 o'clock in the

20  morning, 12:00 a.m., and 9:00 o'clock came.  They didn't

21  come.  10:00 o'clock came.  They didn't come.  11:00

22  o'clock, 12:00 o'clock, 2:00 o'clock.  They came at 4:00

23  o'clock.

24     Q      So when you say --

25     A      If I can add one more thing.  So ICE -- before

```
 1   the ICE judge, the administrative judge had dismissed
 2   the case, but the ICE came late, and -- and they had
 3   falsely arrested -- arrested me.  The judge had ordered
 4   my -- me to get released, and the -- my case be
 5   dismissed, but ICE, they had a personal grudge and
 6   personal ill feeling towards me, and they intentionally
 7   directed my case and falsely arrested me.
 8        Q    In your paragraph on page 2, where you say on
 9   April 27th, that's what I'm asking about.  So my
10   question is -- first it was where were you, and you told
11   me you were at Gwinnett Detention Center, correct?
12        A    Yes, yes.
13        Q    And was the person driving the van wearing a
14   uniform?
15        A    Yes.
16        Q    Do you remember what the uniform was?
17        A    It's kind of brownish in color.
18        Q    Do you remember if it had a name of a agency?
19        A    I don't know that for sure, but I -- I remember
20   her face very well.
21        Q    Was she black, white, or another race?
22        A    Black.
23        Q    And did you ever see her again?
24        A    Yes.
25        Q    Where?
```

1      A     I saw her near the entry of the ICE holding

2  cell going back and forth.

3      Q     Would she have been in Atlanta or in Irwin

4  County?

5      A     It was Atlanta, but I think she was a driver,

6  some kind of a driver.

7      Q     Is she the one who was your driver for every

8  trip to Atlanta?

9      A     No.

10      Q     More than one trip?

11      A     Just that one time.

12      Q     Was anyone else in the van with you on that

13  day?

14      A     She made two stops, and she picked up two maybe

15  Ecuadorian people.  They were kind of short.  I don't

16  think they're Mexican, probably Ecuadorian.

17      Q     While you were in the van, at the time, did you

18  believe that it was a ICE custody, you were in ICE

19  custody?

20      A     At the beginning, I really didn't know, but

21  when they made that first stop and I saw the immigration

22  workers working inside, that's when I kind of realized

23  that this might be ICE.  They never told me who they

24  were, so I never knew who they were.

25      Q     Until the first stop, right?

1     A    Yes, when -- when we stopped and we entered the
2   building and I saw the immigration people working
3   inside, that's when I knew.
4     Q    Turn to page 4.  Go back to the first
5   paragraph, where you say that he bus arrived at 5:00
6   a.m.
7     A    That's a mistake.  That should be 6:00 a.m.
8   Almost 6:00 o'clock.
9     Q    How did you know what time it was?
10    A    Once you entered the building, there is a big
11  clock, so the old ICE staffers are sitting there so you
12  can tell.  Because I've -- I've went back and forth
13  there 11 times, so I know for sure that it's always 6:00
14  o'clock.
15    Q    Look at the next paragraph, starting with the
16  word finally and find the sentence beginning with the
17  very same day.  You say the very same day, Plaintiff's
18  husband went to -- well, you don't have the word to, but
19  you said the very same day, Plaintiff's husband went
20  Arabi's office and requested a meeting to get medical
21  attention.  Do you see that?
22    A    Yes.
23    Q    And that's true to the best of your knowledge,
24  correct?
25    A    Yes, it's -- it's correct, but only thing is he

```
 1    didn't go there himself, but he called on the phone to
 2    request a meeting, but the person never picked up the
 3    phone, never returned our calls.  The messages were
 4    left.  Never picked up our lawyer's phone calls.
 5         Q    And how do you know whether your husband went
 6    there or made a phone call to Arabi?
 7         A    Because I talked to my husband almost five, six
 8    times every day, so I knew very well what was going on,
 9    and the amount of phone bill alone while I was there in
10    Irwin County for like a year was almost $5,000.  So the
11    -- the phone card we use is $35 plus tax.  It's about
12    $40, but some days that wasn't enough, so I had to use
13    two cards, so I had to pay 70, $80 a day.  So that's --
14    and to talk to my husband, so I knew everything that he
15    was doing outside.
16         Q    Were you making calls to his cellphone?
17         A    Yes.
18         Q    Look at the bottom of page 4 and the sentence
19    that starts with by this time.  You say, by this time,
20    the Plaintiff had been in custody for almost 30 days
21    with no _____ treatment.
22         A    Yes, that's correct, and I was REDACTED, too,
23    and the doctor had told me that I should not be
24    REDACTED   I shouldn't _____.  I was REDACTED a lot.
25         Q    And did you see a doctor at Irwin County for
```

1    that?

2         A    After 30 days.

3         Q    So did you see the doctor for the REDACTED   at

4    Irwin County?

5         A    The -- I told the doctor when you take the

6    standard x-ray test, the one that everybody gets

7    standard, and I told him then, but he kind of dismissed

8    it and didn't do anything about it.

9         Q    Do you know the name of that doctor?

10        A    I cannot remember.  How could I?

11        Q    The next sentence, you say, after several more

12   calls and the husband's inability to talk with Skinner,

13   the husband informed Jones that, unless he acted

14   immediately, the husband would file a lawsuit against

15   ICE and Jones personally.  Do you see that sentence?

16        A    Yes.

17        Q    Do you know if your husband ever filed a suit

18   against Jones?

19        A    I don't think he sued Jones, but there was a

20   lawsuit for false arrest, a federal lawsuit, not this

21   case we are here today, but there was another lawsuit,

22   and after that suit was filed, immediately after, they

23   allowed my husband to come into the courtroom; whereas,

24   before, they had blocked him, and they issued me the

25   green card immediately.

         Q    When your husband was allowed in the courtroom
with you, when you were allowed -- or, I'm sorry, issued
the green card, is that green card conditional, or do
you know?

         A    No, I don't think there's any conditions from
what I know, just regular green card.

         Q    Look at page 5, next page.  The first full
paragraph, you have starting a sentence with instead.
Instead of doing her job, Arabi placed the Plaintiff in
solitary confinement for 30 days.  Do you see that?

         A    Yes.

         Q    Do you know why you were placed in solitary
confinement that time?

         A    Yes, and the -- usually, the case managers come
to see their inmates at least once a week, but Arabi,
she would come at best every three weeks, once every
three weeks, and maybe even longer than that wouldn't
come.  So when she does come -- when she did come, I was
so glad to see her, but she would try to leave in one or
two minutes and kind of talk to me in a very condemning
way, talking about shoplifting or something like that,
so -- but I wanted to talk to her more, so I -- I held
her, not to go.  I mean I didn't prevent her from going,
but I held her so I can talk to her for a little more,
but she made a charge for that incident.  That's why

1    they put me in the solitary.

2         Q    Would that have been around July 21st, 2011?

3         A    Yes, I think so.

4         Q    Do you recall being cited for refusal to obey

5    and interfering with officer duties while you were at

6    Irwin County on February 19th, 2012?

7         A    So no, that never happened, and I was very

8    popular when I was there, and even in those situations,

9    there are a lot of different types of people that come

10   through there, and then you get bullied, but I was very,

11   very popular there.  Even they had asked me to sing

12   songs, and I was very popular.  I had sang gospel songs

13   and the -- they had as the deputy and I sang Christmas

14   carols during Christmas.

15        Q    Do you remember a detainee named Danielle

16   Obono, O-b-o-n-o?

17        A    Not really.  Are you talking about a detainee

18   or the officer?

19        Q    Detainee?

20        A    Not at all.  One second.  I might remember

21   little bit.  I'm thinking.  Everybody liked me, so I

22   cannot remember since it's been two years, but Danielle,

23   yes, I do remember Danielle.  It's not clear, but I

24   think I do remember her.  Do you want me to explain why

25   I remember her?

1      Q     Sure.

2      A     Even though I was very popular there, the

3  majority of the inmates were Spanish, and a few of them

4  were very tall and big and strong and very -- and

5  they're very strange, and they sometimes bullied me, and

6  I requested to be moved to another section.  Other

7  people didn't want me to go to another place because I

8  was nice to them because I -- you know, I gave them my

9  food and stuff like that, and Danielle was also very

10 nice to me and liked me in the beginning, but later on,

11 she kind of grouped herself with some other inmates and

12 started bullying me, and I remember her because she was

13 the last person to bully me.

14     Q     And, Ms. Cho, I'm going to ask that you answer

15 in shorter sentences so the interpreter can interpret as

16 you are going, if that's possible.  Okay, go to page 5,

17 please.  The next sentence is -- says, when the

18 Plaintiff's husband again complained, Arabi was removed

19 from the Plaintiff's case and replaced by Rodriquez.  I

20 just want to know if you can find that sentence.

21     A     Yes.

22     Q     And then you say Rodriquez immediately released

23 the Plaintiff from solitary confinement, and in October

24 2011, Rodriquez and Jones finally initiated the long

25 past-due medical treatment for the Plaintiff.  Find that

1    sentence.

2         A    Yes, I see it.  I see it, but only thing that's

3    -- is that I was released out of solitary confinement

4    long before Rodriquez came.

5         Q    So that -- did you spend 30 days in solitary

6    confinement when Arabi charged you?

7         A    So, when I first got placed into solitary

8    confinement, they don't let you out of that cell.  They

9    will only let you out one hour a day.  So I really got

10   depressed, and I wasn't suicidal or anything, but I

11   cried a lot.  Then, about a week later, they released me

12   from the solitary confinement saying that I was very

13   compliant and had a very good behavior.  So, in total, I

14   probably spent maybe two weeks there.

15        Q    Rather than 30 days, correct?

16        A    Yes, they had -- they had told me that I would

17   be there 30 days, but they let me out after two weeks.

18        Q    Were you also sent to solitary confinement in

19   February, on February 19th, 2012?

20        A    Another solitary confinement?

21        Q    Yes, that's my question?

22        A    Yes, because -- because they thought I was

23   suicidal because I really felt -- because I told them

24   that I want to kill myself, so that's why.

25        Q    So, other than the suicidal solitary

1    confinement and the two weeks of solitary confinement

2    that we just talked about, did you go to solitary

3    confinement any other time?

4        A    Yes, there was one more time.  There was a

5    detainee that was harassing me a lot, so I explained

6    that to the ICE officer, but the ICE officer just

7    listened to those three inmates in that group only and

8    just believed their story and didn't listen to what I

9    was saying and put me in the confinement.  Not the ICE,

10   the Irwin County staff.

11       Q    Do you remember about when that would have

12   been?

13       A    Yes, so that was the week, I remember very

14   clearly, that I was supposed to be in court for the

15   tenth time.

16       Q    That would have been around February 19th,

17   2012, right?

18       A    Yes.

19       Q    So how many times were you sent to solitary

20   confinement?

21       A    Three times.

22       Q    And I have the first time being July, when

23   Arabi charged you for grabbing her arm.  I have the

24   second time as being February 19th, 2012, or around that

25   date, that you just described.  What is the third time?

1        A     There was the time when I -- when they thought

2   I was suicidal and put me in like a glass room so they

3   could monitor me.  It's kind of a building or a place

4   next to the -- next to the doctor's office.

5        Q     About when was that?

6        A     It was about around the time of eighth or ninth

7   court appearance, and I was in there for two days, and

8   the reason for that was because I had to go to so many

9   -- I had to go to court so many times from Irwin County

10  to Atlanta, and it was so tortuous to go that trip,

11  suffering for 12 hours each time, so I just wanted to

12  die.  They had me in handcuff for 12 hours going to

13  court, and because of -- so they have you in handcuff

14  for 12 hours.  You start at 12:00 midnight, get in the

15  bus and the bus is freezing and they blast music, and

16  you're handcuffed.

17       Q     The last time that you went to solitary

18  confinement, the week of your last court appearance, how

19  many days were you in solitary confinement?

20       A     Besides the one for suicidal thoughts?

21       Q     Yes.

22       A     So I was given a week, but I was released after

23  three or four days.  He -- and after that, I had to go

24  to court one more time.

25       Q     Would you like to take a break?

```
 1        A    Yes.
 2             (OFF THE RECORD)
 3             MS. WALL:      Q     You're still under oath.
 4   Still looking on page 5, further down you'll see where
 5   the last paragraph you're describing an incident on
 6   December 8th, 2011 with Agent Anthony Settle, correct?
 7        A    Yes.
 8        Q    Further down in that paragraph, you talk about
 9   another ICE agent confronted Settle.  Do you see that?
10        A    Yes.
11        Q    Do you know who that was now?
12        A    Southern.  Yes, everybody knows him.
13        Q    Why does everybody know him?
14        A    He is very well-known in Irwin County.  I don't
15   know why.  Maybe because he does the most work.
16   Everybody says is Southern coming this Friday?  So
17   everybody knows him.
18        Q    Turn to page 6.  You're describing an incident
19   in the first paragraph that occurred on or around
20   October 15th, 2011, correct?  Can you -- are you still
21   reading?
22        A    Yes.
23             (In English)    Yeah.
24        Q    Can you describe the incident involving two
25   Spanish females that were fighting?  Do you know any --
```

1   do you know any more details?

2       A     This was a time when -- when I argued with this

3   one person for lying and other stuff because, in the

4   beginning, I was -- you know, I was nice where I -- when

5   she ate chocolate out of my box, I let her, and I gave

6   her a lot of Ramen noodles and -- but -- but the -- you

7   know, even -- even when I did all this stuff, they

8   started bullying me and -- and, you know, they never

9   gave me anything, but I was nice to them, but she

10  started bullying me, and when I -- so, when that

11  happened, you know, I don't like her, so I argue with

12  her, and at the time, another Spanish lady came and

13  sided with her.  That was this incident.

14      Q     That was involving you and another detainee,

15  correct?

16      A     Yes.

17      Q     The next sentence, do you see where it says the

18  Plaintiff was 20 feet from the altercation and in no way

19  was involved in the incident?  Do you see that?

20      A     This incident, this was something -- this was

21  one time there were two inmates, they were fighting each

22  other.  They were grabbing hairs and physical

23  altercation, and I -- I felt so bad for them, so I

24  called -- and other people --

25      Q     Don't interrupt the interpreter.

1    A    And other people were just standing and

2    watching, so I felt so bad, I went in -- I went in

3    between them, tried to break them apart.

4    Q    So were you trying to break them apart, or were

5    you 20 feet away from them?

6    A    Yes, I was trying to break -- break them apart,

7    break in.

8    Q    And you claim that the ICE agent assaulted and

9    terrorized you even though you had nothing to do with

10   this incident, right?

11   A    I'm not sure which occasion this refers to.

12   The two occasions that I just described were two

13   separate things.  I don't know if this -- which one this

14   refers to.  I have to read it again.

15   Q    Okay.  Read the paragraph from beginning to end

16   or as much of this page as you want, and then explain it

17   to me, please.

18   A    So this was -- this was the incident where I

19   told you about that one inmate that I was nice to and

20   gave Ramen noodles and all this stuff, but she still

21   started bullying me, and that one of her friend, you

22   know, kind of sided with her and they together started

23   bullying me.  I was so upset from that incident, and --

24   and there was a ICE officer at the time, and they went

25   to him and started to talk to him about the incident,

1    explaining to him, and when I tried to talk to him, he

2    wouldn't even listen and he -- he just pushed me against

3    the wall.

4         Q    So who was it that pushed you against the wall?

5         A    Mr. Southern.  That was kind of unfortunate

6    because he was a good person, but he made a mistake on

7    this incident.

8         Q    Were you hurt?

9         A    I was hurt emotionally very much.

10        Q    Did you go to the doctor?

11        A    I can't remember.  I don't know if this was a

12   suicidal.  I can't remember.

13        Q    So, where you say that -- in your complaint

14   that you were 20 feet away, that is not true, correct?

15        A    What does this sentence mean?

16        Q    Ms. Cho, you wrote this.  This is your

17   complaint.

18        A    At the time when I tried to complain and talk

19   to Mr. Southern, he wouldn't let me talk to him.  He

20   wouldn't listen and kind of pushed me against the wall,

21   and this is within a recreation room where there's a

22   little basketball on the wall, and this room is where

23   people come to make complaints and stuff, but I think

24   that's about distance length.

25        Q    Was that the incident where the two Spanish

1    females were fighting?

2       A    No, I think that was different than this one.

3    This is when I was having an argument with one female,

4    and another female sided with her, and we got into an

5    argument.

6       Q    When was that?

7       A    I think that's when October 15th.  I think

8    that's what this is talking about.

9       Q    So when was it that there were two females

10   fighting and you were not involved and you were -- you

11   were not involved and the ICE agent assaulted and

12   terrorized you?  When did that happen?

13      A    I think that's around the time of my seventh or

14   eighth court appearance.

15      Q    So is that not true, what's in this paragraph

16   on page 6?

17      A    Yes, what I -- all those incidents actually did

18   happen, but I think this one is not the incident between

19   those two females fighting each other.

20      Q    So the first paragraph on page 6 is not

21   accurate in all of the details, fair?

22      A    This actually happened.  This actually

23   happened, and it's true, and I just -- just added more

24   details about it, and the other things also -- other

25   incidents also happened as well.

1      Q    On October 15th, 2011, were there two Spanish

2    females that were fighting, not involving you?

3      A    This is the incident in the recreation room

4    involving Mr. Southern.  This is what that's talking

5    about.

6      Q    Answer my question first.  On October 15th, was

7    there an incident that did not involve you between two

8    Spanish females who were fighting?

9      A    I think they're talking about the time that

10   when I was having argument with one lady and another

11   lady joined in and sided with her.  I think this is what

12   that's talking about.

13     Q    So, on October 15th, the incident did involve

14   you, correct?

15     A    That's right.

16     Q    The next sentence where you say that you had

17   nothing to do with this incident, you say Plaintiff had

18   nothing to do with this incident, is that true or not

19   true?

20     A    What I meant by that was that I -- there was

21   nothing that I did wrong, but Southern -- Southern

22   treated me that way.

23     Q    Look up before that where you say you were 20

24   feet from the altercation and in no way involved.  Does

25   that mean that you were not near the two females?

1      A    Yes, this -- I was involved in that incident
2  with those two ladies when we were having that argument.
3  It wasn't a physical argument.  It was a verbal
4  argument.  Mr. Southern came in and separated us like
5  15, 20 feet, and it was talking about that incident, and
6  I think when I was -- when I and my husband was writing
7  this, we kind of didn't explain that very well.
8      Q    You say that the ICE agents also assaulted
9  other detainees who are not involved in the incident.
10  Is that true?
11      A    Those are all true, but from -- from my memory,
12  I can't remember every incident.
13      Q    The sentence where you say that the ICE agents
14  also assaulted other detainees not involved in the
15  incident, is that a true statement?
16      A    Yeah.  The sentence says the ICE agents also
17  assaulted other detainees not involved in incident.  I
18  really don't remember what that is about, so I can't say
19  anything.
20      Q    And the next sentence you have is you say that
21  the assault was because your husband complained to
22  Skinner that the assault occurred.  Is that true?
23      A    Yes, it's true.
24      Q    So is it your testimony that, because your
25  husband complained to Skinner, you and other detainees

```
1   were assaulted?

2       A    Yes.

3       Q    Who were the other detainees?

4       A    I don't remember their names.

5       Q    Did your husband complain about the treatment

6   to other detainees?

7       A    My husband, when I talked to him had told me

8   about ICE agents shooting each other, their behaviors

9   they carried towards each other, and they're very

10  dangerous.  He told me all about that.

11      Q    So my question is not that.  So please answer

12  the question.  Is it your testimony that your husband

13  complained about the way other detainees were treated?

14      A    Yes.

15      Q    And he made those complaints to Skinner; is

16  that correct?

17      A    My husband had complained about me not -- me

18  not getting the medicines for six -- for six months, ICE

19  not telling me where I was going when they were picking

20  me up to drive me somewhere, and the fact that they

21  couldn't find me for two weeks.  He complained about a

22  lot of stuff.

23      Q    In this paragraph, you state that other

24  detainees were assaulted because your husband complained

25  to Skinner.  Is that true?
```

1      A     There was a incident that happened to -- for

2    this to occur, but I just don't remember.  I can't

3    remember.  I can't explain it.

4      Q     For what to occur?

5      A     There were incidents, but I can't remember, and

6    I can't explain.

7      Q     What do you mean by incidents?

8      A     That's what I can't remember, those incidents.

9    I can't remember what they were.  From what I hear, I

10   heard all different stuff.

11     Q     Look at the next paragraph.  Please read that

12   paragraph.

13     A     (In English)    On May 25th, 2011, the

14   Plaintiff returned to court to 601 application and were

15   denied access to court, were again denied access on June

16   8, 2011, and June 29, 2011, and July 7, 2011, and

17   September 14, 2011, and October 28th, 2011.

18     Q     Is that paragraph true?

19     A     (In English)    True and fact.  True.

20     Q     So were you denied access to court?

21     A     This is my husband.

22     Q     Do you see where it says, on May 25th, the

23   Plaintiff returned to court and were denied access to

24   court?  Who was denied access?

25     A     Me, the Plaintiff, and my husband.  My husband

```
 1    was trying to bring in the 601 application, but they
 2    wouldn't let him in, so nothing could be done.
 3        Q    Your husband is not a plaintiff in your case,
 4    correct?
 5        A    No, he's a half plaintiff.  He's the husband.
 6        Q    I'm sorry, let the interpreter finish, please.
 7        A    He is half of the plaintiff because he is
 8    Plaintiff's husband, so he's -- of course, he's a
 9    plaintiff, and the husband has to appear at the court so
10    the judge can look at him and approve this application.
11        Q    In your lawsuit against the United States, Ms.
12    Cho, is there any plaintiff besides yourself?
13        A    My husband.  In this case, there's only my name
14    on it, but if you look at this case overall, then the
15    same as him being the plaintiff.
16        Q    Still on page 6.  Look on the third paragraph
17    that begins with the word assault.  In that paragraph,
18    you claim that -- it says Plaintiff refers to the
19    incident on October 15, 2011, and December 8, 2011, as
20    classic examples of the assault by Settle and another
21    ICE agent acting within the scope of their employment,
22    correct?
23        A    Yes.
24        Q    And then you say that there were -- that you
25    were assaulted various times in the next sentence,
```

```
 1   correct?
 2        A    Yes.
 3        Q    Can you describe any of the various times?
 4        A    So I'm talking about the whole -- whole ordeal,
 5   the process that I went through.  Last time, I had
 6   explained some and even today I explained different
 7   things like that torture they got to go through when
 8   you're in the bus, the things you have to go through
 9   when you're in the holding cell, and all the requests
10   that I've made that they have just simply dismissed, and
11   them not adjusting the temperature.  All this stuff I
12   had already mentioned.  What else do you want me to say?
13        Q    Have you mentioned all of the various assault
14   incidents that you're referring to in that paragraph?
15        A    Yes, I think I mentioned all of them, but if I
16   remember something new, I'll let you know.
17        Q    Go back to page 5, please.  Describe the
18   incident on December 8th that you mention at the last
19   paragraph on page 5, and please read the paragraph and
20   make sure it's accurate.
21        A    (In English)    On December 2011, as Plaintiff
22   was leaving immigration court and being escorted by ICE
23   Agent Anthony Settle back to the elevator area of the
24   court building, Settle reached for the gun lock -- gun
25   lockbox overhead and removed his gun.  At the same time,
```

1    Settle -- at the same time, Settle angrily looked at the

2    Plaintiff, who was in the -- who was in shackles and

3    handcuffs -- handcuffs and helpless, with a hateful and

4    glaring stare on his face and slowly removed the gun

5    from an overhead position swing it -- swing it to a

6    parallel -- parallel position to the Plaintiff and

7    angrily said who told you that your husband was coming

8    to court today?  The Plaintiff was fearful for her life

9    -- her life as she did not know what Settle intended --

10   intended to do -- to do at that moment.  Another ICE

11   agent confronted Settle about his behavior and told the

12   Plaintiff that -- Plaintiff, Settle had just threatened

13   you and you should -- you should to file a complaint

14   with the DHS -- DHS.  Plaintiff was emotionally

15   distraught at this incident, and upon arrival at the

16   detention center, was placed in the medical facility for

17   medical treatment and suicidal observation on night of

18   December 8, 2011.

19        Q    Is everything true in that paragraph?

20        A    (In English)    True.  True and fact.

21        Q    Can you describe the incident that -- in more

22   detail that involves the gun lockbox?

23        A    This was the tenth time that I had to appear in

24   court, and the detainees will be handcuffed again and at

25   -- in the front of ICE and be lined up, and they would

```
 1   be escorted up, and before I was escorted up, I told
 2   them that my husband will be coming and be allowed to
 3   enter -- to come into the courtroom because I was so
 4   happy about that, and I said kind of -- I said to them
 5   without it being so serious because I had seen them
 6   eight, nine times already, and I knew they knew about
 7   that -- about that, and they told me -- and he said in a
 8   very -- he told me in a very condemning way, who let
 9   your husband in the courtroom, and he said that, and he
10   turned to the gun box that was on the wall and took the
11   gun and he slowly aimed it, lifted it to the ceiling and
12   showed he put it in his holster, all the time looking at
13   me, and then he scared -- he tried to scare me, and I
14   really did get scared, and I thought what kind of --
15   what is he trying to do, and then, when I came back to
16   the detention center, I told Southern about it, and he
17   told me that I should complain, and I asked him who that
18   person was, and he told me it was Settle, his name was
19   Settle, and that I should sue him.
20        Q    And that you should sue Settled, correct?
21        A    Yes.
22        Q    And what did Southern say to Settle?
23        A    I don't -- I don't think Southern has said
24   anything to Settles, not that I know of.  I just asked
25   him who -- I asked Southern who the other guy's name
```

1    was, and he told me it was Settles.  I asked two other

2    ICE agents who that guy's name was, and they told me his

3    name was Settles.

4         Q    In the paragraph where you say another ICE

5    agent confronted Settle about his behavior and told the

6    Plaintiff Settle had just threatened you and that you

7    should to file a complaint with DHS, what do you mean by

8    another ICE agent confronted Settle?

9         A    I think this is when Settles -- when Southern,

10   when I told him about the incident and who the person

11   was, immediately he said that was Settles and the other

12   two agents also said that was Settles, and I kind of got

13   the feeling that Settles was kind of known to be kind of

14   a somewhat dangerous and some worrisome, even among

15   them.

16        Q    So what do you mean by Southern confronted

17   Settle?

18        A    No, that's incorrect.  I don't think Southern

19   actually confronted Settles about this particular time.

20        Q    Do you know who the other two agents were that

21   told you Settle's name?

22        A    I don't -- I don't know their names.  I think

23   one of them was a ICE supervisor, but I don't know their

24   names.

25        Q    In your complaint, you mention several names,

```
1   and I'm going to list those names, and you tell me if
2   you have described what they've done that you feel is
3   wrong.  Dan Jones?  Do you believe that Dan Jones as
4   acted negligently?
5       A    Yes.
6       Q    What did Dan Jones do?
7       A    When my husband tried to reach Arabi and Arabi
8   didn't return the calls and she didn't return calls from
9   my lawyers as well, my husband tried to find who her
10  supervisor was, and I think Dan Jones was the supervisor
11  and tried to get help from him, but he didn't provide
12  any help.
13      Q    Nadia Arabi, A-r-a-b-i?
14      A    She's a case manager.
15      Q    Have you fully described the conduct that you
16  believe is negligent by Ms. Arabi?
17      A    Yes, so she had very severely neglected me and
18  for a long time.
19      Q    Have you fully described Ms. Arabi's conduct
20  that you believe was negligent in your deposition?
21      A    Yes, I described almost all her behavior.
22      Q    Anthony Settle?
23      A    Yes.
24      Q    Have you described the behavior of Mr. Settle
25  that you believe was negligent?
```

1      A     Yes, this actually was beyond negligent, is

2  close to almost assault level, and just him behaving

3  that way while looking at me, very condemning.

4      Q     Are you describing the incident on December

5  8th, 2011, where Mr. Settle was getting his gun from the

6  lockbox?

7      A     Yes.

8      Q     Any other incidents or interactions with Mr.

9  Settle?

10      A     No.

11      Q     Rodriguez, you mention by last name only in

12  your complaint.  Have you described all the behavior of

13  Mr. Rodriguez that you believe is negligent?

14      A     Yes, his behavior was negligent as well

15  because, when I showed him the letter that my husband

16  had sent me, which was addressed to the judge, when I

17  showed Mr. Rodriguez that letter, which was done kind of

18  as a -- kind of as a -- asking for help, he didn't help

19  me.  So I think that's negligent as well.

20      Q     What did the letter from your husband to the

21  judge say?

22      A     The last thing he said was that -- on that

23  letter was my wife is my life, and there was another

24  sentence after that, but I can't remember.

25      Q     Did he mail that letter to the judge?

1    A    Yes, he told me that he sent it, and I also

2  asked Rodriguez to send it to the judge, but he didn't.

3    Q    Do you know if that letter was returned to your

4  husband?

5    A    I'm not sure.

6    Q    You mention Felicia Skinner in your complaint.

7  Have you described all of the conduct by Ms. Skinner

8  that you believe is negligent?

9    A    Yes.

10    Q    Going back to the letter from your husband to

11  the judge, do you remember about when that was?

12    A    That was eighth or ninth court appearance,

13  around that time.  If it's any earlier, maybe the

14  seventh, but around that time.

15    Q    Was that to Judge Cassidy?

16    A    Yes.

17    Q    And did the judge change after that letter?

18  Did the judge change after the letter?

19    A    I didn't notice any change.

20    Q    My question was not clear.  I apologize.  Was

21  there a different judge on the Bench after the letter?

22    A    He didn't change, or he didn't change right

23  away.  After two or three more times, my -- I mean my

24  husband wasn't allowed into court for another two, three

25  times.

```
 1      Q    After you got a different judge, was it Judge
 2  Palatier?
 3      A    Yes.
 4      Q    And do you recall Judge Palatier asking your
 5  husband to step outside for being disruptive?
 6      A    Yes.  There was nothing that my husband did
 7  wrong, but he asked my husband to wait outside.
 8      Q    Do you believe that Judge Palatier acted
 9  negligently?
10      A    No, he helped us get the green card right away
11  and helped us -- helped my husband come -- be able to
12  come to the court, so I cannot say that just in between.
13      Q    Did any of your immigration attorneys tell you
14  that Judge Cassidy asked them to file a motion to allow
15  your husband to come to court?
16      A    Yes.
17      Q    Do you know if any of those attorneys did that?
18      A    I think they did.
19      Q    Which ones?
20      A    I think they all tried.  Schwartz, Ozart, and
21  Bonnie Yoon, they all tried.
22      Q    Are you aware that your husband was allowed to
23  participate by phone, if he wished?
24      A    Yes, I heard that, but we were never explained
25  how to go about getting that set up and how to get video
```

1   conference or phone conference set up and where to go or

2   anything like that.

3       Q    Are you aware that your lawyers were explained

4   how to do that?

5       A    No, I really -- no, I didn't hear that, and I

6   don't believe that the judge had told my attorneys how

7   to do all that because the judge was not trustworthy.

8   He -- it looked like ICE was kind of over the judge, and

9   the judge was a supplement of the ICE, and the judge was

10  not trustworthy, and we suffered a lot from him not --

11  him not allowing my husband to come in and kind of play

12  with us.

13      Q    Besides the names that I listed, Dan Jones,

14  Nadia Arabi, Anthony Settle, Rodriguez, and Felicia

15  Skinner is there anyone else that you believe acted

16  negligently towards you?

17      A    Yes, there's another case manager named Jones.

18  She has a -- yes, she talked -- she lied to me.

19      Q    What was the lie?

20      A    She told me that, if I opted for the volunteer

21  departure and go back to Korea, that I would be able to

22  come back in six months, but when I asked that to my

23  attorney, Bonnie Yoon, she said that's not true.

24      Q    Go to page 5, please, and look at the paragraph

25  beginning with on or around September 15th.  Please read

1    that paragraph and tell me if that's true.

2        A    (In English)    On September 15th, 2011, about

3    2:00 o'clock p.m., as the Plaintiff was talking with

4    others in ICDC, ICE agent Nadia Arabi approached --

5    approached the Plaintiff and asked are you still here,

6    meaning in detention, to which Plaintiff replied yes.

7    Arabi -- Arabi then said don't you know that you can ask

8    for volunteer departure from the U. S. and return in

9    three months.  This is another one of abuses that left

10   the Plaintiff confused, disoriented, and distressed over

11   the abusive confinement by these federal agents.  At

12   first, Plaintiff believed Arabi -- Arabi and was telling

13   others in the facility of the false news only to be

14   humiliated and ridiculed by the others in the facility

15   for believing the agent's lie.  I'm sorry, slow.

16       Q    No, that's okay, and you don't have to read out

17   loud.  I just want you to read for your understanding.

18   Is this accurate?

19       A    (In English)    Yeah.

20       Q    So is this Ms. Arabi told you this and Ms.

21   Jones also told you this?

22       A    Yes, and not to just me, but that's what they

23   say to every inmate, all the other Spanish women, too,

24   and so they think that just a voluntary -- take the

25   voluntary departure option and they can come back.

1     Q    You did not do that, correct?

2     A    No, because my husband sued.

3     Q    You did not do the voluntary departure because

4  your husband sued?

5     A    Yes, and when I asked Judge Palatier that I

6  would like to choose the volunteer departure, he told me

7  not to do that, that I am -- that I would be getting the

8  green card soon.

9     Q    The last time I asked you did you know Jackie

10  Stephens, you said she's someone that your husband

11  knows, correct?

12     A    Yes, my husband knows her, and I've spoken to

13  her by phone once.

14     Q    Did you give her permission to request records

15  about your case from the Government?

16     A    Yes.

17     Q    And did you give her that permission in

18  writing?

19     A    I'm not sure what you mean, but I think I only

20  talked to her over the phone.

21     Q    Do you recall signing any documents for her?

22     A    No, I don't think so.  I don't remember.

23     Q    Do you know if your husband signed permission

24  in your name to Ms. Stephens?

25     A    I'm not sure.

```
 1        Q    And what did you give her permission to

 2   request?

 3        A    I'm not sure.  I think she want to see what our

 4   case is about and what we are suing for.

 5        Q    Do you recall being arrested on January 17th,

 6   2009, by the Gwinnett County Sheriff's Department?

 7        A    Probably, I think so.

 8        Q    And do you recall that ICE released you because

 9   you told them you had ████████ and you were taking

10   medication?

11        A    I don't remember.  I don't think so.  I had

12   told them that I had REDACTED d I was getting

13   REDACTED       and taking medicines for REDACTED and it's

14   been two months since I've been on the    REDACTED     and

15   I had the scar on, and I thought that will kind of make

16   him show some leniency, but they didn't -- they didn't

17   show any kind of sympathy and sent me to the Gwinnett

18   Police.

19        Q    Who sent you to the Gwinnett Police?

20        A    Neiman Marcus, I'm talking about the incident

21   at Neiman Marcus.

22        Q    Was that the shoplifting incident?

23        A    Yes.

24        Q    I'm going to show you what we've marked as

25   Defendant's Exhibit 7.  Is that your handwriting?
```

```
1      A    I think my husband wrote it and I signed.
2      Q    Is that your signature?
3      A    My husband signed it, I think, because I was in
4  the jail, and this is a requesting of bond for me, and
5  since I was in the jail, I think he signed on my behalf.
6      Q    Look at the second page, please.  That is a
7  copy of the envelope.
8      A    (In English)    Yeah, yeah.
9      Q    Who does it say for the return address?
10     A    Dae Cho.
11     Q    And what is the address?
12     A    (In English)    Atlanta Immigration Court.
13 It's 180 Spring -- yeah.
14     Q    What is your address there?
15     A    (In English)    132 Cotton Drive.  What is
16 this?  Ocilla, Georgia.  Ocilla, Georgia.  Ocilla,
17 Georgia.  Yeah.
18     Q    Was that the address to the detention center?
19     A    (In English)    Yes, yes, it's detention
20 center.
21          (By the interpreter)    Yes.
22     Q    Did you mail that letter?
23     A    This is something that my husband wrote, since
24 I was in jail, to request for bond, and when the judge
25 denied it, he told me to write it.  So I wrote him a
```

1   letter to the judge requesting bond, but judge didn't

2   permit it.

3         Q    This document that's Exhibit 7, is that your

4   handwriting or your husband's handwriting?

5         A    My husband wrote it.

6         Q    And did you mail it, or did your husband mail

7   it?

8         A    I was in the jail, and my husband was outside,

9   so he wrote it and he mailed to the judge.  He sent it

10  to the judge, and when he wouldn't listen to us, I -- he

11  asked me to send another letter to him.

12        Q    The other letter that you sent, is it what's in

13  front of you right now, Exhibit 7, or is it a different

14  letter that's not here?  This is Exhibit 7.  This is the

15  document that is Exhibit 7.  Your husband wrote that

16  letter, correct?

17        A    Yes.

18        Q    Your husband signed your name, correct?

19        A    Yes.

20        Q    Your husband mailed it, correct?

21        A    Yes.

22        Q    And is everything in that document true?

23        A    Yes.

24        Q    The sentence that says I was not allowed to

25  come to the April 27th hearing, who did not allow you to

1    come?

2        A    The person that was outside, the people, ICE

3    people, I guess, that was outside the building didn't

4    allow my husband to come in.

5        Q    So, when you say I was not allowed to come to

6    the April 27th hearing in this letter, are you referring

7    to yourself or to your husband?

8        A    My husband.

9        Q    Were you in ICE custody on April 27th?

10       A    Yes.

11       Q    Read the first sentence that says, on April 27,

12   2011, my case was closed by Judge Cassidy because I was

13   not in ICE custody.  Is that a true statement?

14       A    Yes, that's correct.  Yes, he had closed the

15   case, but the ICE, I don't know why, maybe they didn't

16   know, but they arrested me falsely.

17            THE INTERPRETER:    I'm sorry, interpreter

18       is really unclear about the answer.

19            MS. WALL:    Q    So the interpreter can't

20   interpret that answer, so let me ask you to repeat your

21   answer and do it in shorter sentences so the interpreter

22   can interpret.

23       A    What was the question?  So judge had already

24   closed the case, but I had -- ICE had picked me up by

25   mistake, and my husband had requested bond, but -- and

1    the judge wanted to give us the -- give me the bond,

2    release me on bond, but ICE was more powerful than the

3    judge and wouldn't allow the judge to do it.

4        Q    In your complaint, you say that, on April 27th,

5    2011, you were picked up by a van, correct?

6        A    Yes.

7        Q    And in your complaint, and I'm on page 2, you

8    say that you were picked up by that van at 11:00 a.m.,

9    correct?

10       A    There's a mistake on our part.  That was about

11   3:00 or 4:00 in the afternoon.

12       Q    And you were being picked up from Gwinnett

13   County Detention Center, correct?

14       A    Yes.

15       Q    And at the time that you were picked up, you

16   were in the custody of Gwinnett County Detention Center,

17   correct?

18       A    Yes.

19       Q    Were you in the country illegally at that time?

20       A    No.  I was legal.  I had my I-30 -- 130 was

21   approved in 2004, and I was legal.  I had went over to

22   the interview process, and they told me that I would

23   have the green card within two weeks.

24       Q    And that was in 2004?

25       A    Yes.

1      Q     And was that in New York?

2      A     Yes.

3      Q     Why were you in Hawaii for your interview in

4 2006?

5      A     I didn't do interview in Hawaii, and like I

6 said, they had told me that I would get the green card

7 in 2004 within couple of weeks, but it has been -- we've

8 been waiting and waiting, and it's been almost a year

9 and a half that we've been waiting, and so we thought

10 maybe if we tried from Hawaii, we might get it.  So we

11 tried in Hawaii, but again, it didn't look like I was

12 going to get it there and we had to come back.

13      Q     Who was we?

14      A     I'm talking about me and my husband, but the

15 person that was in Hawaii, physically present in Hawaii

16 was just me.  Of course, this was done by us both.  We

17 were going through so much distress from this, I almost

18 died, and we had hired an attorney.  I paid $7,000 to

19 resolve this, and he told me that the ICE could not find

20 my case, and after about eight or ten months after that,

21 I was diagnosed with REDACTED                          and

22 almost died.

23      Q     Who was the attorney you paid $7,000 to?

24      A     I don't remember his name.  He was a Caucasian

25 person.  I only talked to him over the phone, so I can't

```
1    remember his name, and I don't think my husband

2    remembers either.  The only thing I remember is that he

3    told me that they cannot find my file.

4         Q    And he charged you $7,000 to do that?

5         A    He asked for $7,000 but we didn't pay it

6    because he said he can't do anything about it.

7         Q    When was that?

8         A    I think around 2006, because it's about 10 or

9    11 months before I was diagnosed with ████, which was

10   2007.

11        Q    And when you say you almost died, what do you

12   mean?  What happened?

13        A    So I meaning after -- after that green card

14   didn't come, I wasn't -- I couldn't spend a day without

15   any stress.  I didn't spend one day of -- one day, one

16   Christmas, one Thanksgiving, one birthday without being

17   under stress, and I was so much in stress every day, and

18   when they called me about that they couldn't find my

19   file, you know, that -- that really did a lot of damage,

20   and after that, I was diagnosed with █████ because of

21   it, and they told me that, if I don't get surgery within

22   a week, that I would die.  That's what I meant, I said I

23   don't -- it almost killed me.

24        Q    And what kind of surgery did you get?

25        A    They had to remove REDACTED
```

1  ▄▄▄▄▄▄▄

2      Q    When was that?

3      A    2007.

4      Q    What is the incident that you almost died in

5  2006?

6      A    I'm talking about all the stress that this

7  green card incident has put on me so that I couldn't

8  breathe day or night.  I just couldn't breathe and felt

9  like I was dying.

10      Q    Let me make sure that I have the names of the

11  doctors that I can get medical records for you, okay?

12  Dr. Nariyana, N-a-r-i-y-a-n-a.  Is that right?

13      A    That's correct, but I don't know if the

14  spelling is correct, but that's the first doctor that

15  diagnosed the cancer.

16      Q    Is he in Macon?

17      A    No, Atlanta.

18      Q    Is he with a practice group?

19      A    I'm not sure.  I just know he's a family

20  doctor.

21      Q    Do you know if he is still at the same

22  location?

23      A    I'm not sure if he's still there, but he's in

24  Suwanee off of Exhibit 109 near Wal-Mart.

25      Q    Dr. Kevin Jensen in Atlanta as well?

```
 1      A     Yes.  He's the person did the surgery.

 2      Q     Is he in Atlanta, Duluth, or Suwanee?

 3      A     Duluth and Lawrenceville.

 4      Q     When's the last time you saw him?

 5      A     After the surgery when I went there to get

 6 stitches removed.

 7      Q     Would that have been 2007, '08?

 8      A     I'm not sure which year.  Maybe early 2008.

 9      Q     When was the last time you saw Dr. Nariyana?

10      A     After he diagnosed me with        , he's the one

11 who referred me to Dr. Jensen.  So, after that, I

12 haven't seen him.

13      Q     And then Dr. Hagenstead, H-a-g-e-n-s-t-e-a-d,

14 correct?

15      A     Yes.

16      Q     Is he in the same group as Dr. Jensen?

17      A     Yes.

18      Q     And when was the last time you saw Dr.

19 Hagenstead?

20      A     I saw him when I came back from Irwin County.

21      Q     You were released from Irwin County in February

22 of 2012, correct?

23      A     Yes.

24      Q     So did you see Dr. Hagenstead at all in 2013?

25      A     No.  I have an appointment for next week, next
```

1   Monday.

2       Q    And what is that appointment for?

3       A    I'm not sure.  They're the ones who called me

4   to come.

5       Q    Do you have health insurance?

6       A    No, not now.

7       Q    When you were picked up by ICE on April 27th,

8   2011, how long had you been in Gwinnett Detention

9   Center?

10      A    Three months.

11      Q    Had you been to see Dr. Hagenstead in 2011?

12      A    I don't remember.  I remember I went to see him

13  after I came back from Irwin County.

14      Q    Did you see him before you went to Gwinnett

15  Detention Center?

16      A    I think it was maybe eight months, maybe a year

17  before I went to Gwinnett Detention Center that I saw

18  him.

19      Q    Are you aware that your last appointment before

20  you went to Gwinnett County was for September 27, 2010?

21  Does that sound right?

22      A    I'm not sure.  Maybe, I'm not sure.

23      Q    Does September 2nd, 2010, sound right?

24      A    Maybe, I'm not sure.

25      Q    Does -- Suburban Hematology Oncology Associates

```
 1   in Lawrenceville, does that sound like the right name?

 2       A    Yes, that's right.  I think so.

 3       Q    I'm going to talk about -- I'm switching topics

 4   now.  Oh, sorry, strike that.  Go back.  Any other

 5   doctors?  Dr. Hagenstead, Dr. Jensen, and Dr. Nariyana.

 6   Any other doctors that might have information related to

 7   your medical conditions?

 8       A    No.  Can I add one more thing?

 9       Q    Sure.

10       A    When I sent the letter to the judge about

11   requesting the bond, I said -- I wrote about having a

12   six-year-old girl and that was not true.  So, when we

13   were at the detention center in the rec room, the

14   inmates usually bring their kids' pictures and kind of

15   brag about their kids, and all of them have kids and

16   seven to eight kids, and I felt like that I needed to

17   tell them that I had this one kid also.  So I kind of

18   told them that I had a kid, and that's how it began, and

19   the letter that I wrote also was -- the bond request

20   letter was a dark-skinned lady inmate had helped me

21   write it, and she's the one who wrote it, not me.

22       Q    I'm going to show you three letters that I have

23   marked as Defendant's Exhibits 7, 8, and 9.  Please tell

24   me if any one of these are the letters that the

25   dark-skinned inmate wrote instead of you.
```

1          A     This one.

2          Q     Okay, you've identified Exhibit 8.  Is it your

3     testimony today that this is not your handwriting?

4          A     No, this is my handwriting, but I -- the

5     content of it was written by the dark-skinned girl and I

6     just copied off of her content.

7          Q     So did the girl write the letter for you and

8     then you copied it over?

9          A     And the -- she would ask me, you know, how old

10    is your daughter.  I would tell her six years old, and

11    that's something I made up because I felt like, if I

12    told them that I didn't have any kids, they wouldn't

13    come talk to me or show me any pictures or -- and I

14    would get kind of isolate.  In the beginning, I kind of

15    starting thinking too seriously about it because other

16    -- it seemed like other inmates had a lot of kids, and

17    they would ask me how old was she.  Then I would have to

18    kind of make up another lie, say six years old, and when

19    they asked me where she is, and I would say -- I would

20    have to say Korea, and based on my story, she would

21    write all this based on her imagination and some of my

22    -- the information that I gave her and made it like this

23    and sent it to him.

24         Q     So we're going to break for lunch in just a few

25    minutes, in just a second.  You said that there were

1    some things that you wanted to clarify from the last

2    time you testified.  Your explanation just now about the

3    letter, was that the clarification, or do you have more?

4        A    There's one more thing.

5        Q    Okay.

6        A    So like I said, in 2004, my I-130 was approved

7    and they told me that I would have the green card in a

8    couple of weeks, but them not issuing my green card then

9    was their mistake, and this mistake was an undisputed

10   mistake, and this caused me a lot of unspeakable

11   distress and which finally resulted in my getting

12   ██████, and for them to -- for the Gwinnett County

13   Police to pick up somebody that lived with her husband

14   for the 12 years and the -- and ICE -- for ICE, for them

15   not to release me when the judge had already dismissed

16   the case and told me that I should be released.  They

17   still wouldn't release me but told me that I would have

18   to appeal my case in Irwin County, and I thought that,

19   if I went to Irwin County and appealed my case, then I

20   would be released right away, but they detained me for

21   11 months.

22       Q    Is it your testimony that your ██████ was

23   caused by actions of Government employees?

24       A    Yes.

25       Q    And could one of these three doctors, Nariyana,

1   Jensen or Hagenstead, confirm that?

2       A    I think all of them will confirm it if I ask

3   them, but especially Hagenstead.  I went to their office

4   and told them that it's been over ten years since I've

5   been married to my husband, but I still haven't received

6   my green card and that I'm suffering from it.

7            MS. WALL:    So, Ms. Cho, we're going to

8       break for lunch.

9            (OFF THE RECORD)

10           (Mr. Bloodworth not present for remainder

11      of deposition.)

12           MS. WALL:    Q    We're back from lunch.

13  We're on the record.  Ms. Cho, you are still under oath.

14  Do you understand that?

15      A    Yes.

16      Q    Did you bring anything with you to your

17  deposition?

18      A    No, nothing.

19      Q    You had -- you have a white diary in front of

20  you, and you had a black book earlier today.  What was

21  the black book that you no longer have?

22      A    A Bible.

23      Q    The black book is a Bible, and what is the

24  white book?

25      A    Just a memo.

```
 1      Q    Is it -- looks like it's just a notebook with
 2 blank pages; is that right?
 3      A    Yes.
 4      Q    And some of the pages have writing on them,
 5 right?
 6      A    Yes.
 7      Q    Is there anything in your notebook that you
 8 would look at to help you answer questions today?
 9      A    Not really.
10      Q    Kind of?  Is there something in there that you
11 might look at to help you answer questions today?
12      A    I did write something in it, but I don't think
13 they'll be of too much help.
14      Q    Did you write something in it during your
15 deposition today?
16      A    No, I didn't.
17      Q    I'm going to show you Exhibit 4 again.  This is
18 your amended Complaint.  Turn to page 8, please.  Do you
19 see that you're asking for $5,000,000 for false arrest
20 and illegal detention, $5,000,000 for false
21 imprisonment, and $5,000,000 for intentional or
22 negligent infliction of emotional distress?  Is that
23 right?
24      A    Yes.
25      Q    And so that is a total of $15,000,000, correct?
```

1      A      There should be four claims, total of

2    $20,000,000.

3      Q      So what is missing?  Oh, I see the first

4    $5,000,000 for assault?  Is that right there?

5      A     (In English)     Yeah, it is.

6      Q      So you're asking for $5,000,000 for assault,

7    $5,000,000 for false arrest and illegal detention,

8    $5,000,000 for false imprisonment and $5,000,000 for

9    intentional or negligent infliction of emotional

10   distress, total of $20,000,000, correct?

11     A      That's right.

12     Q      How did you come up with the amount of

13   $5,000,000 for each of those causes?

14     A      First, thank you for asking me that.  Yes, this

15   ordeal did not start with my false arrest, but this has

16   started up before that, from 2004, when I was not issued

17   the green card that I was supposed to get, and from that

18   ordeal up to including this case and the false arrest

19   and confinement, all that together is what made me come

20   up with the total of $20,000,000.

21     Q      How did you compute $5,000,000 for the claims

22   each?

23     A      First, thank you for asking.  It's based on all

24   those hardships that I went through from the actions

25   that I was treated with, like those two suicidal

```
1    attempts, of suicide thoughts, and the one and a half
2    years that I -- that I could have almost died from all
3    those things that I've mentioned.  That's the basis for
4    this amount, and like I said, again, after not getting
5    that greed card, I couldn't breathe normally for a year
6    and a half wondering what happened because all that
7    stress stuff, and that caused me -- I almost died and --
8    and all that suffering was the basis of my asking for
9    this amount of money?
10        Q    Have you ever filed a claim for property damage
11   with any company?
12        A    Are you talking about the federal laws or
13   lawsuit?
14        Q    Let me ask my question again.  You have this
15   lawsuit right now.  That's one.  Do you have any other
16   lawsuits anywhere?
17        A    There was one lawsuit that we had gave up on.
18        Q    Against who?
19        A    IMRYS Company.
20        Q    Last time you told me that there was a --
21        A    So we had to file the lawsuit, but the judge
22   dismissed it, so -- and some attorney is asking if he
23   can take that case for us, but we haven't really made up
24   our mind.
25        Q    Who is the attorney?
```

```
 1      A    I only know his last name, Mr. Lerer.

 2      Q    Is that L-e-r-e-r?

 3      A    (In English)    I'm not sure how to spell it.

 4      Q    Is that Ray Lerer?

 5      A    (In English)    Ray Lerer, right.  That's him.

 6      Q    He wants to take your suit against the IMRYS

 7 and BSF Company, correct?

 8      A    Yes.

 9      Q    He is not representing you in this lawsuit,

10 correct?

11      A    No.

12      Q    And you don't have any other lawyer in this

13 lawsuit, right?

14      A    Not yet.

15      Q    When you say not yet, do you mean that you are

16 planning on hiring a lawyer?

17      A    Yes, I'm thinking about maybe hiring a

18 counselor, a court counselor, or hiring a attorney.

19      Q    Have you ever been sued?

20      A    I don't think so.

21      Q    Have you filed for bankruptcy?

22      A    No.

23      Q    Has your husband?

24      A    I don't remember.  I'm not sure.

25      Q    I want you to now tell me all the expenses that
```

1    you and your husband have incurred as a result of

2    allegations in your complaint and your husband's

3    complaint.

4         A    My husband is suffering from diabetes and high

5    blood pressure after his treatment by ICE, after

6    suffering from ICE, and his treatment towards him, and

7    I'm worried about him because his personality is also

8    changing because he had tried his best to accommodate

9    the requests.

10        Q    Would you like to take a break?

11        A    Yes.  Five minutes.

12        Q    Okay.

13             (OFF THE RECORD)

14             MS. WALL:     Q    You're still under oath,

15    Ms. Cho.

16        A    So I want to add one thing that I suffer from

17    this ordeal, which was that I was never able to go back

18    to Korea because I didn't have a green card, and my dad

19    had to have brain surgery at the same time that I was

20    getting my REDACTED and it's a ten-hour brain

21    surgery, and I wasn't able to go and stay with him for

22    that because of this issue.

23        Q    So I'm going to ask you about expenses.  How

24    much money have you and your husband spent on medical

25    expenses that you believe is a result of allegations in

```
 1   your complaint or your husband's complaint?
 2        A    Just for my case alone is $300,000, and my
 3   husband is suffering from diabetes and high blood
 4   pressure, and I think it's this case is changing him and
 5   his personality as well and starting to cause a lot of
 6   problems in our marriage.
 7        Q    So $300,000 for your medical expenses.  Did you
 8   pay that?
 9        A    We are planning to pay that off on a monthly
10   basis.
11        Q    How much have you paid so far?
12        A    We have paid $10,000 for the surgery and the
13   doctors' services, but we need counseling to pay the
14   rest of expenses for REDACTED         and others, and our
15   credit has been ruined because of this, and we need
16   counseling in order to arrange for payment plan and to
17   get through this.
18        Q    Are you working currently?
19        A    I'm not working for any company right now, but
20   I am planning to work for myself.
21        Q    Is your husband working?
22        A    No, not for a company.  No.
23        Q    Is he working for himself?
24        A    If he needs -- when he needs money, he would go
25   out and get jobs using his backhoe and extending
```

1    driveways and stuff like that, but because of this case,

2    he can't do too much work, and also, his personality is

3    changing.

4         Q    So describe the personality change.

5         A    He will criticize little things in really bad

6    terms in a bad way.  Before he wasn't like that, you

7    know, things like that.  He's changing.

8         Q    Did that start after you were released from

9    Irwin County?

10        A    No, not at all.  It started after this lawsuit,

11   especially after talking on the phone with Ms. Wall a

12   couple times for like hour, hour and a half, and a few

13   times for like 30 minutes or so.  After that, he changed

14   a lot, all of a sudden.  He -- during the process of

15   exchanging papers with the district attorney, I think

16   that changed him a lot because he gets mad a lot because

17   he wasn't like that before.

18        Q    Do you mean to say U. S. Attorney or district

19   attorney?

20        A    USA attorney.

21        Q    Are you talking about me?

22        A    Yes.

23        Q    Did you and your husband talk about your

24   deposition after the last time?

25        A    Yes, few times.

1       Q    And what did he say about your testimony?

2       A    He's saying the dates that I gave you, like

3  when I got diagnosed with ████, when the REDACTED

4  REDACTED    started, like the months and the year, that I

5  didn't tell -- I made mistakes on that.  For example,

6  the REDACTED was 2007, not 2008.

7       Q    Was he upset with you for making those

8  mistakes?

9       A    No, he didn't get mad.  He just told me that

10 those things that I made mistakes on.

11      Q    And did you talk about your testimony today

12 during lunch?

13      A    Not really.  Because we had two businesses this

14 afternoon which occupied our head's thoughts, so we were

15 talking about that.

16      Q    And what was the two businesses this afternoon?

17      A    The first one is that when we're -- when we did

18 the deposition last time, somebody hit our car and ran

19 away, so it was a hit and run, and one of the marshals

20 here saw that and called the police, and the police

21 caught the driver.  So this afternoon we have to talk to

22 the insurance company for that incident, and the second

23 thing is we have to meet with a friend who's a real

24 estate broker about him trying to sell land that we have

25 and since we need the money right away and trying to

1    talk to us about $20,000 that he might be able to get

2    for us.  That's the -- those two things.

3        Q    So you told me $300,000 in your medical bills.

4    Did you have any other income loss?

5        A    The -- when -- when I was diagnosed with

6    ████, my husband was about to start a business dealing

7    with landscaping and swimming pools, stuff like that

8    that I mentioned, and because of my ████, he couldn't

9    do anything.  He couldn't start that and all the

10   equipment and materials that he bought to start that

11   business.  He had to return at a great loss, and we had

12   to return the car and truck that he was going to use for

13   the business, and we're also planning to buy a house,

14   but we couldn't do any of that.

15       Q    Were you working when you went to Gwinnett

16   Detention Center in 2011?

17       A    I was -- you know, I got picked up by Gwinnett

18   County Police because of shoplifting and began to do

19   shoplifting because of my ████ and -- but before that,

20   before I had the ████, I was looking into going into

21   maybe real estate, but because I didn't have a green

22   card, I couldn't do any of that, and that caused me a

23   lot of stress.

24       Q    Have you worked since you've been released from

25   Irwin Detention Center?

```
1      A    No, we had started this lawsuit right away

2  after I got released, and -- and I didn't work for a

3  company or anything.  We were planning to sort of start

4  a business and was expecting about $20,000 so that we

5  could start a small business, but -- but I got a lot of

6  stress because this -- the lawsuit.

7      Q    The medical expenses, I want to just clarify

8  before I move on, the $300,000 is the charges you have

9  pending, correct?

10     A    Yes.

11     Q    And who can I request those bills from?

12     A    If you go to Gwinnett County hospital and also

13 the REDACTED   doctor, Dr. Kevin and Dr. Hagenstead.

14     Q    Who is your -- sorry go ahead.

15     A    I will let you know right away over the phone.

16     Q    Who is your husband's doctors?

17     A    For diabetes?

18     Q    For everything?  All of his doctors?

19     A    The doctor -- the -- I don't know the doctor's

20 name, but he goes to the Urgent Care by Wal-Mart on

21 Zebulon Road.

22     Q    Is that Zebulon, Z-e-b-u-l-o-n?

23     A    Yes, I think so.

24     Q    Who else is his doctor?

25     A    (In English)    Doctor -- Dr. Kerr.  Robbie
```

```
 1   Kerr.

 2        Q    Dr. Kerr, K-e-r-r?

 3        A    (In English)    I think so.

 4             (By the Interpreter)    Yes, I think so.

 5        Q    Who else is his doctor?

 6        A    I don't know.

 7        Q    Do you go with him to his doctors'

 8   appointments?

 9        A    No, he goes by himself.

10        Q    Does he go with you to yours?

11        A    Yes, and also there is another doctor that

12   treated him for injury to his forehead when he had the

13   accident, but I don't -- I forget his name.

14        Q    What accident?

15        A    He hit his head against his car when he was

16   trying to get in and so he -- he was hurt.

17        Q    When was that?

18        A    About two months ago.

19        Q    Was he angry?

20        A    He was not angry, but he was calm, but he was

21   also very -- he's a very gentle, soft person, and he was

22   very calm, and he called me saying that he's bleeding a

23   lot, but in a very calm way.  He's like a baby.

24        Q    Where was that doctor's visit?

25        A    It's East Macon.  There's an Urgent Care right
```

```
 1    next to Ole Times.  I went with him then.

 2         Q    Next to what?

 3         A    Buffet restaurant, Ole Times, and I also

 4    assumed that at Riverside Urgent Care.

 5         Q    So have you been to Korea since you've gotten

 6    your green card?

 7         A    No, not yet.

 8         Q    Why not?

 9         A    I'm postponing it until the lawsuit is

10    finished.

11         Q    Why are you waiting for the lawsuit to be

12    finished to go to Korea?

13         A    Because I need to check my mailbox twice a day

14    to see if I have mail from the U. S. Attorney, and if I

15    get any request for something, I have to reply there

16    right away.  So I do talk to my parents and siblings in

17    Korea, but I haven't gone, and my parents are thinking

18    of coming to here, and one of my siblings is also

19    planning to come.

20         Q    Do you have a driver's license?

21         A    Yes.

22         Q    Is it a Georgia driver's license?

23         A    Yes.

24         Q    Do you drive?

25         A    Yes.
```

```
 1        Q    Did you drive here today?

 2        A    My husband drove.

 3        Q    Do you go anywhere without your husband?

 4        A    Yeah, I go shopping by myself, go to a

 5   restaurants, like McDonalds if I want to get some food

 6   there.  Go for coffee, and I want to go to church, we go

 7   separately.  I go to the 9:30 service.  My husband goes

 8   to the 11:00 o'clock service.

 9        Q    Do you have more than one car?

10        A    Just the one car, and soon we're thinking about

11   -- thinking about buying a car for me pretty soon, maybe

12   next Saturday.

13        Q    What kind of car do you have right now?

14        A    Ford 500, gray car.

15        Q    Gray?

16        A    Yes.

17        Q    So is there a police report from the

18   hit-and-run?

19        A    Yes.

20        Q    And the marshals called the police department;

21   is that right?

22        A    Yes.

23        Q    And did that happen while your husband was in

24   the deposition with you, or did it happen after he left?

25        A    Yes, it was while we were doing the deposition.
```

1    It happened outside and the marshal saw it.

2        Q    Was it before or after lunch?

3        A    I think it was after lunch, the police had left

4    a note saying that what had happened and to call back.

5        Q    Have you talked to Dr. Kerr since our last

6    deposition?

7        A    No, but I am planning to.

8        Q    When do you plan to talk to him?

9        A    As soon as possible.

10       Q    Are you planning to treat with him as a

11   patient?

12       A    It's not a hundred percent yet, kind of

13   fifty-fifty.  I just want to first go over all the

14   things that happened to me before getting my ████████

15       Q    Do you plan on amending your complaint again?

16       A    What section?

17       Q    Any section?

18       A    I haven't thought about it.  I don't know.

19       Q    Does your complaint -- which is Defense Exhibit

20   4, does it include all of your claims?

21       A    No, because I didn't mention anything about not

22   getting the green card in 2004.

23       Q    So are you planning on filing another complaint

24   for those claims?

25       A    I'm not sure right now.  I'm not sure right

1    now.  I haven't thought about it.  I just want you to

2    take what I've said under your consideration because

3    they were all truths.

4        Q    I have to respond to the complaint, so that's

5    why I'm asking you because you have mentioned things

6    today from 2004 that are not in your complaint, so they

7    are not a part of this lawsuit.  Is there anything else

8    you'd like to add today before we finish?

9        A    You can add that in here right now?  The things

10   -- things are related to that 2004 green card issues, we

11   can't add that right here, right now?

12       Q    No.  Let me ask this question.  Are you asking

13   me to add more claims to your amended complaint?

14       A    If it's possible, yes, because you know, this

15   happened in 2004, and it's 2014 now, and I've

16   experienced these unimaginable things and sufferings the

17   past ten years, so I cannot just dismiss it.

18       Q    I can't add claims to your complaint.  So you

19   should probably get a lawyer to help you.

20       A    Okay.  One more thing I want to make clear is

21   that Ms. Wall had told me that I was under subpoena, but

22   I want to make sure -- I want to make clear that I was

23   not under subpoena.

24       Q    I'm not sure if you're asking me a question.  I

25   subpoenaed you.  Your husband picked the date, and you

```
 1   didn't show up.  So, if you don't feel like you were

 2   under a subpoena, that's your opinion.  My opinion is

 3   that you were, and there's nothing else to discuss.

 4        A    I just -- I'm just -- from what I know, I think

 5   I was not in the subpoena.

 6        Q    Are you aware that your husband gave me the

 7   wrong address for you?

 8        A    What address?

 9        Q    To serve you, he gave me the wrong address for

10   your home.  Are you aware of that?

11        A    When did he give you the wrong address?

12        Q    Are you aware of your husband ever giving the

13   wrong address for your subpoena?

14        A    Yes, there was a time when -- when he got a

15   call -- phone call asking for our address.  He did not

16   give the right address because he didn't want any police

17   or marshals coming to the house because he really

18   doesn't like dealing with them, not that he doesn't like

19   police or marshal themselves, but just he doesn't like

20   dealing with them.  So he gave out a wrong address.

21        Q    Are you aware that the marshal's office looked

22   for that address for a long time?

23        A    I didn't know that, and I had no reason to

24   believe that they should spend so much time looking for

25   our address because they had our phone number.  They
```

```
1   could have just called the next day, asking where we

2   lived.

3       Q    And you were served with the subpoena two times

4   in a grocery store parking lot, correct?

5       A    One time was at a library.  Another time was at

6   Chick-Fil-A.

7       Q    Was that for your deposition?

8       A    Yes.

9       Q    Is there anything else you want to add?

10      A    First of all, thank you for spending so much

11  time, and your time at this deposition, and I cannot

12  express in words how much we have suffered last ten

13  years and what we suffered at the Atlanta immigration

14  building, that I don't think I could ever forget it

15  until I die.

16      Q    When is your wedding anniversary?

17      A    I cannot remember right now.  After the

18  REDACTED         that lasted ten days, I kind of lost the

19  kind of need to or desire to remember things, and my --

20  the ability to remember has --

21      Q    Please let him finish.

22      A    My ability to remember kind of diminished as

23  well. It's not anything serious, but -- and the reason

24  is because there was not one day that I spent a day

25  happy, so -- not even an anniversary, so I never want to
```

```
1    -- I don't -- I didn't want to remember, and I don't

2    remember.

3        Q    What is your date of birth?

4        A    (In English)    REDACTED

5        Q    And what is your husband's date of birth?

6        A    (In English)    REDACTED

7             (By the interpreter)    REDACTED    .

8        Q    1950?  So please mail me your address when --

9        A    Actually, I think it's    REDACTED    , but anyway,

10   I've never enjoyed one day of happiness, never.

11       Q    Has your husband ever been sued?

12       A    I don't think so.

13       Q    Has your husband ever been arrested?  You told

14   me about one time with your brother-in-law.  I mean with

15   your brother.  Has he been arrested any other time?

16       A    No, I've never seen him be arrested after I

17   married him, and no, never.

18       Q    Who was your -- who diagnosed your husband with

19   REDACTED

20       A    I don't remember his name, but I think he was

21   diagnosed while I was detained in Irwin County.

22       Q    And does he still have    REDACTED    ?

23       A    Yes.  Yeah, he takes medication every day for

24   it.

25       Q    Okay.  I'm done.
```

1      A      Thank you.

2              (OFF THE RECORD)

3              MS. WALL:      Q      Ms. Cho, we're going to go

4      back on the record.  The court reporter's going to

5      explain to you the process for reading your deposition

6      transcript.

7              THE REPORTER:      I'll need your mailing

8          address.

9              THE WITNESS:      My husband has all the

10         address information.

11             MS. WALL:      Q      Would the mailing address

12     on your complaint be accurate?

13     A      (In English)    27193, I guess, in Macon,

14     Georgia.

15     Q      Say that again?

16     A      (In English)    27193.

17             THE REPORTER:      Is that a post office

18         box?

19             MS. WALL:      Q      Ms. Cho, is this the

20     current -- Ms. Cho, I'm showing you the Exhibit 4, which

21     is --

22     A      (In English)    Yes, right --

23     Q      Let me finish.  Exhibit 4, which is the amended

24     complaint, there is a P. O. Box address under your

25     signature.  Is that correct?

```
 1     A    (In English)     Yes.

 2     Q    P. O. Box 27193, Macon, Georgia, 31221.

 3     A    That's right.  That's correct address.

 4          THE REPORTER:     I will send you a letter

 5     when the deposition transcript is complete.

 6          MS. WALL:    You need to talk through him.

 7          THE REPORTER:     I'll send her a letter

 8     when the deposition transcript is complete.

 9     After you receive the letter, you'll have 30

10     days to come to our office to read and sign.

11          THE WITNESS:    I have to pick it up from

12     your office?

13          THE REPORTER:     She'll have to come to

14     the office and read it and sign it there.

15          THE WITNESS:     So are you saying that --

16     are you saying that you will send me the

17     transcript to the P. O. Box and I will have to

18     come back in 30 days?

19          THE REPORTER:     No, I will send you a

20     letter saying that the transcript is finished,

21     but the transcript will be in our office, will

22     physically be in our office.

23          THE WITNESS:    Okay.

24          THE REPORTER:     And then she'll have to

25     come to the office.  She'll sit in the
```

```
 1         conference room, and she will read and sign the
 2         deposition there.
 3              THE WITNESS:    Okay.
 4              MS. WALL:    And, Ms. Cho, Mr. Lee will
 5         not be present for you to read your deposition.
 6         So, if you need someone to help you interpret
 7         it, you should bring your own Korean
 8         interpreter.
 9              THE WITNESS:    Can I come with my
10         husband?
11              MS. WALL:    The deposition transcript is
12         going to be in English.  You know, I don't
13         know.  Do you -- I'll ask the court reporter.
14         Do you all let more than the witness sit?  Yes?
15         So your husband can come with you, and you will
16         have to purchase a copy of the transcript if
17         you want one.  So the Government has to buy a
18         transcript, but we can't make you a copy.  You
19         have to get your own transcript.  So do you
20         have any questions about the process of signing
21         your deposition?
22              THE WITNESS:    No.
23              MS. WALL:    Q    About your address, we
24    didn't finish about your address.  You're living with
25    Alton, but you don't know the address.  So, when you go
```

```
 1    today, please ask them their address, and you can just

 2    mail it or e-mail it to me.

 3        A    (In English)    I'm not sure I can give you

 4    address, my address where I live.

 5        Q    Right, so I'd like for you to -- can you -- is

 6    there someone you can ask?

 7        A    (In English)    Well, my address, I cannot

 8    give the Government.

 9        Q    So tell the interpreter and let him tell us.

10        A    I'm very sorry, but I cannot -- I do not want

11    to -- I am very uncomfortable with giving my physical

12    address.  That's why we have the P. O. Box for any kind

13    of communication.  So I'm very sorry, but if you can

14    just use the P. O. Box to communicate with me.

15        Q    Let me just be clear for the record.  Is it

16    your testimony that you will not give me a physical

17    address today?

18        A    That's right.

19             MS. WALL:    Okay, we're done.

20    DEPOSITION CONCLUDED AT 4:00 P. M.

21    ---------------------------------------------------------

22

23

24

25
```

1                    CERTIFICATE OF REPORTER

2   GEORGIA, BIBB COUNTY

3           I, Frances Y. Grice, Georgia Certified Court

4   Reporter B-2383, certify that acting in such capacity on

5   January 2, 2013, I reported the testimony of DAE EEK

6   CHO, and on the foregoing pages, numbered 2 through 81,

7   both inclusive, have transcribed or have had transcribed

8   an accurate account of such testimony.

9           I FURTHER CERTIFY that I am not counsel for nor

10  related to any of the parties; nor am I interested in

11  the event or outcome thereof.

12          WITNESS MY OFFICIAL SEAL and signature, this

13  the 31st day of January, 2014.

14

15

16                      _____

17                      Georgia Certified Reporter B-2383

18

19

20

21

22

23

24

25

1        <u>DEPONENT'S SIGNATURE PAGE AND ERRATA SHEET</u>

2    _____ COUNTY, GEORGIA

3        I DO HEREBY CERTIFY that I have read the

4   transcript of my testimony on pages 2 through 81 hereof,

5   and wish to make the following corrections:

6   <u>PAGE/LINE</u>        <u>CORRECTION/REASON</u>

7   _____        _____

8   _____        _____

9   _____        _____

10  _____        _____

11  _____        _____

12  _____        _____

13  _____        _____

14  _____        _____

15  _____        _____

16  _____        _____

17  _____        _____

18  _____        _____

19        This the _____ day of _____,

20  2014.

21

22                      _____

                        DAE EEK CHO

23  Sworn to and subscribed before me,
    This _____ day of _____, 2014.

24

25  _____
        Notary Public

DAE EEK CHO, 1/2/2014

## $

**$10,000** [1] - 65:12
**$15,000,000** [1] - 60:25
**$20,000** [2] - 68:1, 69:4
**$20,000,000** [3] - 61:2, 61:10, 61:20
**$300,000** [4] - 65:2, 65:7, 68:3, 69:8
**$35** [1] - 17:11
**$40** [1] - 17:12
**$5,000** [1] - 17:10
**$5,000,000** [10] - 60:19, 60:20, 60:21, 61:4, 61:6, 61:7, 61:8, 61:13, 61:21
**$7,000** [4] - 51:18, 51:23, 52:4, 52:5
**$80** [1] - 17:13

## '

**'08** [1] - 54:7

## 1

**10** [1] - 52:8
**109** [1] - 53:24
**10:00** [1] - 13:21
**10:03** [2] - 1:13, 1:19
**10th** [1] - 8:14
**11** [3] - 16:13, 52:9, 58:21
**11:00** [3] - 13:21, 50:8, 72:8
**11th** [1] - 8:14
**12** [5] - 24:11, 24:12, 24:14, 58:14, 77:4
**12:00** [4] - 13:19, 13:20, 13:22, 24:14
**130** [1] - 50:20
**132** [1] - 47:15
**14** [3] - 33:17, 77:6, 77:7
**15** [2] - 31:5, 34:19
**15th** [8] - 25:20, 29:7, 30:1, 30:6, 30:13, 43:25, 44:2, 77:9
**17** [1] - 10:17
**17th** [1] - 46:5
**180** [1] - 47:13
**1950** [3] - 77:6, 77:7, 77:8
**1966** [1] - 77:4
**19th** [4] - 20:6, 22:19, 23:16, 23:24

## 2

**2** [8] - 1:13, 1:18, 13:3, 14:8, 50:7, 82:5, 82:6, 83:4
**20** [6] - 2:4, 26:18, 27:5,

28:14, 30:23, 31:5
**2004** [9] - 50:21, 50:24, 51:7, 58:6, 61:16, 73:22, 74:6, 74:10, 74:15
**2006** [3] - 51:4, 52:8, 53:5
**2007** [4] - 52:10, 53:3, 54:7, 67:6
**2008** [2] - 54:8, 67:6
**2009** [1] - 46:6
**2010** [2] - 55:20, 55:23
**2011** [23] - 13:5, 20:2, 21:24, 25:6, 25:20, 30:1, 33:13, 33:16, 33:17, 34:19, 35:21, 36:18, 40:5, 44:2, 49:12, 50:5, 55:8, 55:11, 68:16
**2012** [5] - 20:6, 22:19, 23:17, 23:24, 54:22
**2013** [4] - 1:18, 2:20, 54:24, 82:5
**2014** [6] - 1:13, 2:4, 74:15, 82:13, 83:20, 83:23
**20th** [1] - 2:20
**21st** [1] - 20:2
**2568** [1] - 1:23
**25th** [2] - 33:13, 33:22
**27** [3] - 13:5, 49:11, 55:20
**27193** [3] - 78:13, 78:16, 79:2
**27th** [6] - 14:9, 48:25, 49:6, 49:9, 50:4, 55:7
**28th** [1] - 33:17
**29** [1] - 33:16
**2:00** [2] - 13:22, 44:3
**2nd** [1] - 55:23

## 3

**3** [1] - 6:22
**30** [10] - 10:3, 17:20, 18:2, 19:10, 22:5, 22:15, 22:17, 66:13, 79:9, 79:18
**31221** [1] - 79:2
**31902** [1] - 1:24
**31st** [1] - 82:13
**35** [1] - 10:3
**3:00** [1] - 50:11
**3rd** [1] - 1:18

## 4

**4** [11] - 6:25, 8:13, 8:14, 8:17, 13:3, 16:4, 17:18, 60:17, 73:20, 78:20, 78:23
**40** [4] - 8:25, 9:25, 10:2, 10:3
**475** [1] - 1:17
**4:00** [3] - 13:22, 50:11, 81:20

## 5

**5** [6] - 19:7, 21:16, 25:4, 35:17, 35:19, 43:24
**500** [1] - 72:14
**5:00** [1] - 16:5
**5:13-CV-112(MTT** [1] - 1:6
**5:13-CV-153(MTT** [1] - 1:10

## 6

**6** [4] - 25:18, 29:16, 29:20, 34:16
**601** [2] - 33:14, 34:1
**6:00** [3] - 16:7, 16:8, 16:13
**6th** [1] - 12:14

## 7

**7** [7] - 33:16, 46:25, 48:3, 48:13, 48:14, 48:15, 56:23
**70** [1] - 17:13
**75** [3] - 9:23, 10:1, 10:9
**79** [2] - 9:23, 10:9

## 8

**8** [6] - 33:16, 34:19, 36:18, 56:23, 57:2, 60:18
**81** [2] - 82:6, 83:4
**8th** [2] - 25:6, 35:18, 40:5

## 9

**9** [1] - 56:23
**9:00** [2] - 13:18, 13:20
**9:30** [1] - 72:7

## A

**a.m** [5] - 13:18, 13:20, 16:6, 16:7, 50:8
**ability** [2] - 76:20, 76:22
**able** [6] - 6:8, 42:11, 43:21, 64:17, 64:21, 68:1
**above-captioned** [1] - 2:4
**abuses** [1] - 44:9
**abusive** [1] - 44:11
**access** [5] - 33:15, 33:20, 33:23, 33:24
**accident** [2] - 70:13, 70:14
**accommodate** [1] - 64:8
**account** [1] - 82:8
**accurate** [7] - 4:21, 5:22, 29:21, 35:20, 44:18, 78:12, 82:8

**acted** [4] - 18:13, 39:4, 42:8, 43:15
**acting** [2] - 34:21, 82:4
**ACTION** [2] - 1:5, 1:9
**actions** [2] - 58:23, 61:24
**add** [9] - 13:25, 56:8, 64:16, 74:8, 74:9, 74:11, 74:13, 74:18, 76:9
**added** [1] - 29:23
**address** [35] - 10:21, 10:22, 10:23, 12:16, 12:17, 12:18, 47:9, 47:11, 47:14, 47:18, 75:7, 75:8, 75:9, 75:11, 75:13, 75:15, 75:16, 75:20, 75:22, 75:25, 77:8, 78:8, 78:10, 78:11, 78:24, 79:3, 80:23, 80:24, 80:25, 81:1, 81:4, 81:7, 81:12, 81:17
**addressed** [1] - 40:16
**adjust** [1] - 10:13
**adjusting** [1] - 35:11
**administrative** [1] - 14:1
**adopted** [1] - 2:5
**advice** [1] - 7:21
**afternoon** [4] - 50:11, 67:14, 67:16, 67:21
**agency** [1] - 14:18
**Agent** [2] - 25:6, 35:23
**agent** [8] - 25:9, 27:8, 29:11, 34:21, 36:11, 38:5, 38:8, 44:4
**agent's** [1] - 44:15
**agents** [8] - 31:8, 31:13, 31:16, 32:8, 38:2, 38:12, 38:20, 44:11
**ago** [1] - 70:18
**ahead** [1] - 69:14
**aimed** [1] - 37:11
**allegations** [2] - 64:2, 64:25
**allow** [4] - 42:14, 48:25, 49:4, 50:3
**allowed** [10] - 5:18, 9:10, 18:23, 19:1, 19:2, 37:2, 41:24, 42:22, 48:24, 49:5
**allowing** [1] - 43:11
**Almost** [1] - 16:8
**almost** [15] - 9:1, 9:11, 17:7, 17:10, 17:20, 39:21, 40:2, 51:8, 51:17, 51:22, 52:11, 52:23, 53:4, 62:2, 62:7
**alone** [2] - 17:9, 65:2
**altercation** [3] - 26:18, 26:23, 30:24
**Alton** [5] - 11:10, 11:14, 11:20, 12:5, 80:25
**Alton's** [3] - 11:15, 11:24, 12:9
**amended** [6] - 6:25, 8:10, 60:18, 74:13, 78:23
**amending** [1] - 73:15

DAE EEK CHO, 1/2/2014

AMERICA [2] - 1:6, 1:11
amount [4] - 17:9, 61:12, 62:4, 62:9
AND [1] - 83:1
angrily [2] - 36:1, 36:7
angry [2] - 70:19, 70:20
animals [1] - 8:24
anniversary [2] - 76:16, 76:25
Answer [1] - 30:6
answer [10] - 2:22, 2:25, 5:10, 21:14, 32:11, 49:18, 49:20, 49:21, 60:8, 60:11
answered [1] - 3:16
answers [1] - 4:20
Anthony [4] - 25:6, 35:23, 39:22, 43:14
anyway [1] - 77:9
apart [3] - 27:3, 27:4, 27:6
apologize [1] - 41:20
appeal [1] - 58:18
appealed [1] - 58:19
appear [2] - 34:9, 36:23
appearance [4] - 24:7, 24:18, 29:14, 41:12
APPEARANCES [1] - 1:20
application [3] - 33:14, 34:1, 34:10
apply [1] - 2:21
appointment [5] - 12:14, 12:20, 54:25, 55:2, 55:19
appointments [1] - 70:8
approached [2] - 44:4, 44:5
approve [1] - 34:10
approved [2] - 50:21, 58:6
April [11] - 13:5, 14:9, 48:25, 49:6, 49:9, 49:11, 50:4, 55:7, 77:6, 77:7, 77:9
Arabi [17] - 17:6, 19:9, 19:15, 21:18, 22:6, 23:23, 39:7, 39:13, 39:16, 43:14, 44:4, 44:7, 44:12, 44:20
ARABI [1] - 39:13
Arabi's [2] - 16:20, 39:19
area [1] - 35:23
argue [1] - 26:11
argued [1] - 26:2
argument [6] - 29:3, 29:5, 30:10, 31:2, 31:3, 31:4
arm [1] - 23:23
arrange [1] - 65:16
arrest [5] - 18:20, 60:19, 61:7, 61:15, 61:18
arrested [8] - 14:3, 14:7, 46:5, 49:16, 77:13, 77:15, 77:16
arrival [1] - 36:15
arrived [1] - 16:5
assault [8] - 31:21, 31:22,

34:17, 34:20, 35:13, 40:2, 61:4, 61:6
assaulted [8] - 27:8, 29:11, 31:8, 31:14, 31:17, 32:1, 32:24, 34:25
Associates [1] - 55:25
assumed [1] - 71:4
AT [1] - 81:20
ate [1] - 26:5
Atlanta [11] - 12:13, 12:15, 15:3, 15:5, 15:8, 24:10, 47:12, 53:17, 53:25, 54:2, 76:13
attempts [1] - 62:1
attention [1] - 16:21
Attorney [1] - 71:14
attorney [12] - 7:20, 7:21, 43:23, 51:18, 51:23, 62:22, 62:25, 63:18, 66:15, 66:18, 66:19, 66:20
Attorney's [2] - 1:17, 1:23
attorneys [3] - 42:13, 42:17, 43:6
aware [7] - 42:22, 43:3, 55:19, 75:6, 75:10, 75:12, 75:21

## B

B-2383 [3] - 1:16, 82:4, 82:16
baby [1] - 70:23
backhoe [1] - 65:25
bad [4] - 26:23, 27:2, 66:5, 66:6
bankruptcy [1] - 63:21
based [3] - 57:20, 57:21, 61:23
basis [3] - 62:3, 62:8, 65:10
basketball [1] - 34:17
began [2] - 56:18, 68:18
beginning [8] - 1:19, 15:20, 16:16, 21:10, 26:4, 27:15, 43:25, 57:14
begins [1] - 34:17
behalf [1] - 47:5
behaving [1] - 40:2
behavior [7] - 22:13, 36:11, 38:5, 39:21, 39:24, 40:12, 40:14
behaviors [1] - 32:8
Bench [1] - 41:21
best [3] - 16:23, 19:16, 64:8
between [4] - 27:3, 29:18, 30:7, 42:12
beyond [1] - 40:1
BIBB [1] - 82:2
Bible [2] - 59:22, 59:23
big [2] - 16:10, 21:4
bill [1] - 17:9

bills [2] - 68:3, 69:11
birth [2] - 77:3, 77:5
birthday [1] - 52:16
bit [4] - 4:5, 20:21
black [4] - 14:21, 59:20, 59:21, 59:23
Black [1] - 14:22
blank [1] - 60:2
blast [1] - 24:15
bleed [1] - 17:24
bleeding [5] - 17:22, 17:24, 18:3, 70:22
blind [1] - 4:7
blocked [1] - 18:24
blood [2] - 64:5, 65:3
BLOODWORTH [1] - 1:3
Bloodworth [1] - 1:25, 59:10
bond [8] - 47:4, 47:24, 48:1, 49:25, 50:1, 50:2, 56:11, 56:19
Bonnie [3] - 7:25, 42:21, 43:23
book [4] - 59:20, 59:21, 59:23, 59:24
bottom [1] - 17:18
bought [1] - 68:10
box [3] - 26:5, 37:10, 78:18
Box [7] - 1:23, 12:7, 78:24, 79:2, 79:17, 81:12, 81:14
brag [1] - 56:15
brain [2] - 64:19, 64:20
break [9] - 24:25, 27:3, 27:4, 27:6, 27:7, 57:24, 59:8, 64:10
breast [1] - 52:25
breasts [1] - 52:25
breathe [3] - 53:8, 62:5
bring [4] - 34:1, 56:14, 59:16, 80:7
broker [1] - 67:24
brother [2] - 77:14, 77:15
brother-in-law [1] - 77:14
brownish [1] - 14:17
BSF [1] - 63:7
Buffet [1] - 71:3
building [6] - 16:2, 16:10, 24:3, 35:24, 49:3, 76:14
bullied [2] - 20:10, 21:5
bully [1] - 21:13
bullying [5] - 21:12, 26:8, 26:10, 27:21, 27:23
bus [4] - 16:5, 24:15, 35:8
business [5] - 68:6, 68:11, 68:13, 69:4, 69:5
businesses [2] - 67:13, 67:16
buy [2] - 68:13, 80:17
buying [1] - 72:11

## C

calm [3] - 70:20, 70:22, 70:23
cancer [20] - 12:21, 17:21, 46:9, 46:12, 46:13, 51:21, 52:9, 52:20, 53:1, 53:15, 54:10, 58:12, 58:22, 67:3, 67:6, 68:6, 68:8, 68:19, 68:20, 73:14
cannot [12] - 4:18, 10:23, 18:10, 20:22, 42:12, 52:3, 74:17, 76:11, 76:17, 81:7, 81:10
capacity [2] - 10:15, 82:4
captioned [1] - 2:4
car [8] - 67:18, 68:12, 70:15, 72:9, 72:10, 72:11, 72:13, 72:14
card [21] - 17:11, 18:25, 19:3, 19:6, 42:10, 45:8, 50:23, 51:6, 52:13, 53:7, 58:7, 58:8, 59:6, 61:17, 62:5, 64:18, 68:22, 71:6, 73:22, 74:10
cards [1] - 17:13
Care [3] - 69:20, 70:25, 71:4
carols [1] - 20:14
carried [1] - 32:9
case [29] - 3:25, 4:5, 4:7, 14:2, 14:4, 14:7, 18:21, 19:14, 21:19, 34:3, 34:13, 34:14, 39:14, 43:17, 45:15, 46:4, 49:12, 49:15, 49:24, 51:20, 58:16, 58:18, 58:19, 61:18, 62:23, 65:2, 65:4, 66:1
cases [1] - 2:4
Cassidy [3] - 41:15, 42:14, 49:12
Caucasian [1] - 51:24
caught [1] - 67:21
caused [4] - 58:10, 58:23, 62:7, 68:22
causes [1] - 61:13
ceiling [1] - 37:11
cell [10] - 8:19, 8:24, 8:25, 9:3, 10:16, 10:17, 13:16, 15:2, 22:8, 35:9
cellphone [1] - 17:16
center [5] - 36:16, 37:16, 47:18, 47:20, 56:13
Center [8] - 14:11, 50:13, 50:16, 55:9, 55:15, 55:17, 68:16, 68:25
certificate [1] - 7:5
CERTIFICATE [1] - 82:1
Certified [3] - 1:16, 82:3, 82:16

DAE EEK CHO, 1/2/2014

certify [1] - 82:4
CERTIFY [2] - 82:9, 83:3
chair [3] - 10:4, 10:5, 10:6
change [6] - 41:17, 41:18, 41:19, 41:22, 66:4
changed [2] - 66:13, 66:16
changes [2] - 12:16, 12:17
changing [4] - 64:8, 65:4, 66:3, 66:7
charge [1] - 19:25
charged [3] - 22:6, 23:23, 52:4
charges [1] - 69:8
check [1] - 71:13
chemotherapy [6] - 46:13, 46:14, 64:20, 65:14, 67:3, 76:18
Chick [1] - 76:6
Chick-Fil-A [1] - 76:6
CHO [7] - 1:8, 1:14, 2:3, 2:6, 2:14, 82:6, 83:22
Cho [16] - 2:19, 3:9, 4:12, 10:8, 10:20, 21:14, 28:16, 34:12, 47:10, 59:7, 59:13, 64:15, 78:3, 78:19, 78:20, 80:4
chocolate [1] - 26:5
choose [1] - 45:6
Christmas [3] - 20:13, 20:14, 52:16
Christopher [1] - 12:24
church [3] - 8:4, 11:7, 72:6
cited [1] - 20:4
CIVIL [2] - 1:5, 1:9
claim [3] - 27:8, 34:18, 62:10
claims [6] - 61:1, 61:21, 73:20, 73:24, 74:13, 74:18
clarification [1] - 58:3
clarify [3] - 5:11, 58:1, 69:7
classic [1] - 34:20
clear [10] - 5:2, 5:4, 5:21, 5:25, 6:1, 20:23, 41:20, 74:20, 74:22, 81:15
clearly [1] - 23:14
clock [1] - 16:11
close [1] - 40:2
closed [3] - 49:12, 49:14, 49:24
clothing [1] - 9:17
coffee [1] - 72:6
cold [3] - 10:6, 10:12, 10:19
color [1] - 14:17
Columbus [1] - 1:24
coming [5] - 25:16, 36:7, 37:2, 71:18, 75:17
communicate [1] - 81:14
communication [1] - 81:13
company [5] - 62:11, 65:19, 65:22, 67:22, 69:3

Company [2] - 62:19, 63:7
complain [3] - 28:18, 32:5, 37:17
complained [7] - 21:18, 31:21, 31:25, 32:13, 32:17, 32:21, 32:24
Complaint [1] - 60:18
complaint [28] - 6:6, 6:25, 7:9, 7:19, 8:8, 8:10, 28:13, 28:17, 36:13, 38:7, 38:25, 40:12, 41:6, 50:4, 50:7, 64:2, 64:3, 65:1, 73:15, 73:19, 73:23, 74:4, 74:6, 74:13, 74:18, 78:12, 78:24
complaints [2] - 28:23, 32:15
complete [2] - 79:5, 79:8
completed [2] - 2:8, 5:19
compliant [1] - 22:13
compute [1] - 61:21
CONCLUDED [1] - 81:20
condemning [3] - 19:20, 37:8, 40:3
conditional [1] - 19:3
conditions [2] - 19:5, 56:7
conduct [3] - 39:15, 39:19, 41:7
conference [3] - 43:1, 80:1
confinement [18] - 19:10, 19:13, 21:23, 22:3, 22:6, 22:8, 22:12, 22:18, 22:20, 23:1, 23:3, 23:9, 23:20, 24:18, 24:19, 44:11, 61:19
confirm [2] - 59:1, 59:2
confronted [5] - 25:9, 36:11, 38:5, 38:8, 38:16, 38:19
confused [1] - 44:10
consideration [1] - 74:2
content [2] - 57:5, 57:6
continue [1] - 2:19
continuing [2] - 2:6, 3:15
copied [2] - 57:6, 57:8
copy [3] - 47:7, 80:16, 80:18
correct [44] - 5:22, 7:1, 7:14, 8:11, 9:13, 9:17, 13:7, 14:11, 16:24, 16:25, 17:22, 22:15, 25:6, 25:20, 26:15, 28:14, 30:14, 32:16, 34:4, 34:22, 35:1, 37:20, 45:1, 45:11, 48:16, 48:18, 48:20, 49:14, 50:5, 50:9, 50:13, 50:17, 53:13, 53:14, 54:14, 54:22, 60:25, 61:10, 63:7, 63:10, 69:9, 76:4, 78:25, 79:3
CORRECTION/REASON [1] - 83:6
corrections [2] - 5:19, 83:5
Cotton [1] - 47:15
counsel [1] - 82:9
counseling [2] - 65:13, 65:16

counselor [4] - 7:11, 7:15, 63:18
country [1] - 50:19
COUNTY [2] - 82:2, 83:1
County [23] - 13:15, 15:4, 17:10, 17:25, 18:4, 20:6, 23:10, 24:9, 25:14, 46:6, 50:13, 50:16, 54:20, 54:21, 55:13, 55:20, 58:12, 58:18, 58:19, 66:9, 68:18, 69:12, 77:21
couple [6] - 5:25, 7:12, 7:16, 51:7, 58:8, 66:12
course [4] - 4:6, 34:8, 51:16
court [29] - 2:10, 2:16, 3:1, 4:20, 6:7, 23:14, 24:7, 24:9, 24:13, 24:18, 24:24, 29:14, 33:14, 33:15, 33:20, 33:23, 33:24, 34:9, 35:22, 35:24, 36:8, 36:24, 41:12, 41:24, 42:12, 42:15, 63:18, 78:4, 80:13
COURT [1] - 1:1
Court [3] - 1:16, 47:12, 82:3
courtroom [4] - 18:23, 19:1, 37:3, 37:9
credit [1] - 65:15
cried [1] - 22:11
criticize [1] - 66:5
CROSS [1] - 2:17
CROSS-EXAMINATION [1] - 2:17
current [1] - 78:20
custody [6] - 15:18, 15:19, 17:20, 49:9, 49:13, 50:16

# D

dad [1] - 64:18
Dae [1] - 47:10
DAE [7] - 1:8, 1:14, 2:3, 2:6, 2:14, 82:5, 83:22
Dale [2] - 8:1, 8:2
damage [2] - 52:19, 62:10
Dan [5] - 39:3, 39:6, 39:10, 43:13
dangerous [2] - 32:10, 38:14
Danielle [4] - 20:15, 20:22, 20:23, 21:9
dark [3] - 56:20, 56:25, 57:5
dark-skinned [3] - 56:20, 56:25, 57:5
date [4] - 23:25, 74:25, 77:3, 77:5
dates [1] - 67:2
daughter [1] - 57:10
David [1] - 11:6
days [13] - 17:12, 17:20, 18:2, 19:10, 22:5, 22:15,

22:17, 24:7, 24:19, 24:23, 76:18, 79:10, 79:18
dealing [3] - 68:6, 75:18, 75:20
December [8] - 2:4, 2:20, 25:6, 34:19, 35:18, 35:21, 36:18, 40:4
Defendant [4] - 1:7, 1:12, 1:15, 1:22
Defendant's [3] - 6:24, 46:25, 56:23
Defense [1] - 73:19
degrees [9] - 8:25, 9:23, 10:1, 10:2, 10:3, 10:9
denied [6] - 33:15, 33:20, 33:23, 33:24, 47:25
Department [1] - 46:6
department [1] - 72:20
departure [5] - 43:21, 44:8, 44:25, 45:3, 45:6
DEPONENT'S [1] - 83:1
deposition [29] - 1:14, 2:3, 2:6, 2:9, 2:20, 4:24, 5:3, 5:7, 5:16, 5:20, 5:25, 39:20, 59:11, 59:17, 60:15, 66:24, 67:18, 72:24, 72:25, 73:6, 76:7, 76:11, 78:5, 79:5, 79:8, 80:2, 80:5, 80:11, 80:21
DEPOSITION [1] - 81:20
depressed [1] - 22:10
deputy [1] - 20:13
describe [4] - 25:24, 35:3, 36:21, 66:4
Describe [1] - 35:17
described [9] - 23:25, 27:12, 39:2, 39:15, 39:19, 39:21, 39:24, 40:12, 41:7
describing [3] - 25:5, 25:18, 40:4
desire [1] - 76:19
detail [1] - 36:22
details [3] - 26:1, 29:21, 29:24
detained [2] - 58:20, 77:21
detainee [4] - 20:15, 20:17, 23:5, 26:14
Detainee [1] - 20:19
detainees [10] - 9:19, 31:9, 31:14, 31:17, 31:25, 32:3, 32:6, 32:13, 32:24, 36:24
Detention [8] - 14:11, 50:13, 50:16, 55:8, 55:15, 55:17, 68:16, 68:25
detention [8] - 36:16, 37:16, 44:6, 47:18, 47:19, 56:13, 60:20, 61:7
DHS [3] - 36:14, 38:7
diabetes [5] - 64:4, 65:3, 69:17, 77:19, 77:22

DAE EEK CHO, 1/2/2014

**diagnosed** [9] - 51:21, 52:9, 52:20, 53:15, 54:10, 67:3, 68:5, 77:18, 77:21
**diary** [1] - 59:19
**die** [3] - 24:12, 52:22, 76:15
**died** [6] - 51:18, 51:22, 52:11, 53:4, 62:2, 62:7
**different** [8] - 4:18, 20:9, 29:2, 33:10, 35:6, 41:21, 42:1, 48:13
**diminished** [1] - 76:22
**directed** [1] - 14:7
**discuss** [1] - 75:3
**dismiss** [1] - 74:17
**dismissed** [6] - 14:1, 14:5, 18:7, 35:10, 58:15, 62:22
**disoriented** [1] - 44:10
**disruptive** [1] - 42:5
**distance** [1] - 28:24
**distraught** [1] - 36:15
**distress** [4] - 51:17, 58:11, 60:22, 61:10
**distressed** [1] - 44:10
**district** [2] - 66:15, 66:18
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**DO** [1] - 83:3
**Doctor** [1] - 69:25
**doctor** [14] - 12:23, 17:23, 17:25, 18:3, 18:5, 18:9, 28:10, 53:14, 53:20, 69:13, 69:19, 69:24, 70:5, 70:11
**doctor's** [5] - 12:13, 12:20, 24:4, 69:19, 70:24
**doctors** [6] - 53:11, 56:5, 56:6, 58:25, 69:16, 69:18
**doctors'** [2] - 65:13, 70:7
**document** [4] - 6:17, 48:3, 48:15, 48:22
**documents** [1] - 45:21
**done** [6] - 34:2, 39:2, 40:17, 51:16, 77:25, 81:19
**down** [6] - 6:8, 25:4, 25:8
**Dr** [17] - 53:12, 53:25, 54:9, 54:11, 54:13, 54:16, 54:18, 54:24, 55:11, 56:5, 69:13, 69:25, 70:2, 73:5
**draft** [2] - 7:8, 8:8
**drive** [3] - 32:20, 71:24, 72:1
**Drive** [1] - 47:15
**driven** [1] - 13:6
**driver** [4] - 15:5, 15:6, 15:7, 67:21
**driver's** [2] - 71:20, 71:22
**driveways** [1] - 66:1
**driving** [1] - 14:13
**drove** [1] - 72:2
**due** [1] - 21:25
**Duluth** [2] - 54:2, 54:3

**duly** [1] - 2:15
**during** [4] - 20:14, 60:14, 66:14, 67:12
**duties** [1] - 20:5
**dying** [1] - 53:9

# E

**e-mail** [1] - 81:2
**early** [1] - 54:8
**East** [1] - 70:25
**Ecuadorian** [2] - 15:15, 15:16
**EDWARD** [1] - 1:3
**Edward** [1] - 1:25
**EEK** [7] - 1:8, 1:14, 2:3, 2:6, 2:14, 82:5, 83:22
**eight** [4] - 37:6, 51:20, 55:16, 56:16
**eighth** [3] - 24:6, 29:14, 41:12
**either** [1] - 52:2
**elevator** [1] - 35:23
**emotional** [2] - 60:22, 61:9
**emotionally** [2] - 28:9, 36:14
**employees** [1] - 58:23
**employment** [1] - 34:21
**end** [2] - 6:2, 27:15
**ended** [1] - 6:20
**English** [54] - 2:11, 2:24, 3:1, 3:3, 3:8, 3:11, 3:13, 3:18, 3:23, 3:24, 4:3, 4:10, 4:23, 5:1, 5:6, 5:9, 5:12, 5:14, 5:24, 6:5, 6:9, 6:11, 6:15, 6:19, 8:21, 11:13, 12:25, 13:2, 25:23, 33:13, 33:19, 35:21, 36:20, 44:2, 44:19, 47:8, 47:12, 47:15, 47:19, 61:5, 63:3, 63:5, 69:25, 70:3, 77:4, 77:6, 78:13, 78:16, 78:22, 79:1, 80:12, 81:3, 81:7
**enjoyed** [1] - 77:10
**enter** [2] - 13:6, 37:3
**entered** [2] - 16:1, 16:10
**entirety** [1] - 2:5
**entry** [1] - 15:1
**envelope** [1] - 47:7
**equipment** [1] - 68:10
**ERRATA** [1] - 83:1
**escorted** [3] - 35:22, 37:1
**especially** [2] - 59:3, 66:11
**estate** [2] - 67:24, 68:21
**event** [1] - 82:11
**EXAMINATION** [1] - 2:17
**example** [1] - 67:5
**examples** [1] - 34:20
**exchanging** [1] - 66:15
**Exhibit** [14] - 6:22, 6:25,

13:3, 46:25, 48:3, 48:13, 48:14, 48:15, 53:24, 57:2, 60:17, 73:19, 78:20, 78:23
**Exhibits** [1] - 56:23
**expecting** [1] - 69:4
**expenses** [6] - 63:25, 64:23, 64:25, 65:7, 65:14, 69:7
**experienced** [1] - 74:16
**explain** [6] - 20:24, 27:16, 31:7, 33:3, 33:6, 78:5
**explained** [5] - 23:5, 35:6, 42:24, 43:3
**explaining** [1] - 28:1
**explanation** [1] - 58:2
**express** [1] - 76:12
**extending** [1] - 65:25

# F

**face** [2] - 14:20, 36:4
**facility** [4] - 9:3, 36:16, 44:13, 44:14
**fact** [3] - 32:20, 33:19, 36:20
**facts** [1] - 13:4
**fair** [1] - 29:21
**false** [8] - 18:20, 44:13, 60:19, 60:20, 61:7, 61:8, 61:15, 61:18
**falsely** [3] - 14:3, 14:7, 49:16
**family** [1] - 53:19
**far** [1] - 65:11
**fearful** [1] - 36:8
**February** [2] - 20:6, 22:19, 23:16, 23:24, 54:21
**federal** [3] - 18:20, 44:11, 62:12
**feet** [5] - 26:18, 27:5, 28:14, 30:24, 31:5
**Felicia** [2] - 41:6, 43:14
**felt** [7] - 10:4, 22:23, 26:23, 27:2, 53:8, 56:16, 57:11
**female** [2] - 29:3, 29:4
**females** [7] - 25:25, 29:1, 29:9, 29:19, 30:2, 30:8, 30:25
**few** [5] - 8:4, 21:3, 57:24, 66:12, 66:25
**fifty** [2] - 73:13
**fifty-fifty** [1] - 73:13
**fighting** [7] - 25:25, 26:21, 29:1, 29:10, 29:19, 30:2, 30:8
**Fil** [1] - 76:6
**file** [11] - 18:14, 36:13, 38:7, 42:14, 52:3, 52:19, 62:21
**filed** [6] - 6:22, 6:25, 18:17, 18:22, 62:10, 63:21
**filing** [1] - 73:23
**filthy** [1] - 8:24

**finally** [3] - 16:16, 21:24, 58:11
**finish** [5] - 34:6, 74:8, 76:21, 78:23, 80:24
**finished** [3] - 71:10, 71:12, 79:20
**first** [18] - 2:15, 8:13, 14:10, 15:21, 15:25, 16:4, 19:7, 22:7, 23:22, 25:19, 29:20, 30:6, 44:12, 49:11, 53:14, 61:3, 67:17, 73:13
**First** [3] - 61:14, 61:23, 76:10
**five** [1] - 17:7
**Five** [1] - 64:11
**Floor** [1] - 1:18
**flow** [1] - 2:24
**following** [1] - 83:5
**food** [2] - 21:9, 72:5
**Ford** [1] - 72:14
**foregoing** [1] - 82:6
**forehead** [1] - 70:12
**forget** [2] - 70:13, 76:14
**form** [1] - 6:21
**forth** [3] - 12:2, 15:2, 16:12
**four** [2] - 24:23, 61:1
**Frances** [2] - 1:15, 82:3
**freeze** [1] - 8:21
**freezing** [6] - 8:15, 9:1, 9:11, 9:25, 10:9, 24:15
**Friday** [1] - 25:16
**friend** [4] - 7:12, 11:8, 27:21, 67:23
**friends** [5] - 7:12, 8:3, 8:4, 10:21, 11:4
**front** [3] - 36:25, 48:13, 59:19
**full** [2] - 10:16, 19:7
**fully** [2] - 39:15, 39:19
**FURTHER** [1] - 82:9

# G

**gentle** [1] - 70:21
**GEORGIA** [4] - 1:1, 1:13, 82:2, 83:1
**Georgia** [11] - 1:16, 1:18, 1:24, 47:16, 47:17, 71:22, 78:14, 79:2, 82:3, 82:16
**germs** [3] - 10:15, 10:18
**girl** [3] - 56:12, 57:5, 57:7
**given** [2] - 1:15, 24:22
**glad** [1] - 19:19
**glaring** [1] - 36:4
**glass** [1] - 24:2
**gospel** [1] - 20:12
**Government** [5] - 4:15, 45:15, 58:23, 80:17, 81:8
**grabbing** [2] - 23:23, 26:22
**gray** [1] - 72:14

DAE EEK CHO, 1/2/2014

Gray [1] - 72:15
great [1] - 68:11
greed [1] - 62:5
green [19] - 18:25, 19:3, 19:6, 42:10, 45:8, 50:23, 51:6, 52:13, 53:7, 58:7, 58:8, 59:6, 61:17, 64:18, 68:21, 71:6, 73:22, 74:10
Grice [2] - 1:16, 82:3
grocery [1] - 76:4
group [2] - 23:7, 53:18, 54:16
grouped [1] - 21:11
grudge [1] - 14:5
guarantee [1] - 4:19
guess [3] - 10:10, 49:3, 78:13
guessed [1] - 12:2
gun [8] - 35:24, 35:25, 36:4, 36:22, 37:10, 37:11, 40:5
Gwinnett [15] - 13:15, 14:11, 46:6, 46:17, 46:19, 50:12, 50:16, 55:8, 55:14, 55:17, 55:20, 58:12, 68:15, 68:17, 69:12

## H

HAGENSTEAD [1] - 54:13
Hagenstead [9] - 12:24, 54:13, 54:19, 54:24, 55:11, 56:5, 59:1, 59:3, 69:13
hair [1] - 51:21
hairs [1] - 26:22
half [6] - 34:5, 34:7, 51:9, 62:1, 62:6, 66:12
handcuff [2] - 24:12, 24:13
handcuffed [2] - 24:16, 36:24
handcuffs [1] - 36:3
handwriting [5] - 46:25, 48:4, 57:3, 57:4
happiness [1] - 77:10
happy [2] - 37:4, 76:25
harassing [1] - 23:5
hardships [1] - 61:24
hateful [1] - 36:3
Hawaii [6] - 51:3, 51:5, 51:10, 51:11, 51:15
head [2] - 2:23, 70:15
head's [1] - 67:14
health [1] - 55:5
hear [2] - 33:9, 43:5
heard [2] - 33:10, 42:24
hearing [2] - 48:25, 49:6
held [4] - 13:15, 13:17, 19:22, 19:24
help [12] - 4:11, 7:10, 8:8, 39:11, 39:12, 40:18, 60:8,

60:11, 60:13, 74:19, 80:6
helped [6] - 7:18, 7:20, 42:10, 42:11, 56:20
helping [1] - 7:8
helpless [1] - 36:3
Hematology [1] - 55:25
HEREBY [1] - 83:3
hereof [1] - 83:4
herself [1] - 21:11
high [2] - 64:4, 65:3
himself [3] - 17:1, 65:23, 70:9
hired [1] - 51:18
hiring [3] - 63:16, 63:17, 63:18
hit [4] - 67:18, 67:19, 70:15, 72:18
hit-and-run [1] - 72:18
holding [5] - 8:19, 8:22, 8:23, 8:25, 9:3, 10:16, 13:15, 15:1, 35:9
holster [1] - 37:12
home [1] - 75:10
hospital [1] - 69:12
hour [4] - 22:9, 64:20, 66:12
hours [5] - 10:7, 24:11, 24:12, 24:14
house [4] - 10:25, 12:10, 68:13, 75:17
humiliated [1] - 44:14
hundred [1] - 73:12
hurt [3] - 28:8, 28:9, 70:16
husband [91] - 5:20, 7:10, 11:17, 11:20, 16:18, 16:19, 17:5, 17:7, 17:14, 18:13, 18:14, 18:17, 18:23, 19:1, 21:18, 31:6, 31:21, 31:25, 32:5, 32:7, 32:12, 32:17, 32:24, 33:21, 33:25, 34:3, 34:5, 34:8, 34:9, 34:13, 36:7, 37:2, 37:9, 39:7, 39:9, 40:15, 40:20, 41:4, 41:10, 41:24, 42:5, 42:6, 42:7, 42:11, 42:15, 42:22, 43:11, 45:2, 45:4, 45:10, 45:12, 45:23, 47:1, 47:3, 47:23, 48:5, 48:6, 48:8, 48:15, 48:18, 48:20, 49:4, 49:7, 49:8, 49:25, 51:14, 52:1, 58:13, 59:5, 63:23, 64:1, 64:4, 64:24, 65:3, 65:21, 66:23, 68:6, 72:2, 72:3, 72:7, 72:23, 74:25, 75:6, 75:12, 77:11, 77:13, 77:18, 78:9, 80:10, 80:15
husband's [7] - 7:13, 18:12, 48:4, 64:2, 65:1, 69:16, 77:5

## I

I-130 [1] - 58:6
I-30 [1] - 50:20
ICDC [1] - 44:4
ICE [48] - 13:12, 13:18, 13:25, 14:1, 14:2, 14:5, 15:1, 15:18, 15:23, 16:11, 18:15, 23:6, 23:9, 25:9, 27:8, 27:24, 29:11, 31:8, 31:13, 31:16, 32:8, 32:18, 34:21, 35:22, 36:10, 36:25, 38:2, 38:4, 38:8, 38:23, 43:8, 43:9, 44:4, 46:8, 49:2, 49:9, 49:13, 49:15, 49:24, 50:2, 51:19, 55:7, 58:14, 64:5, 64:6
ice [1] - 10:11
identified [1] - 57:2
ill [1] - 14:6
illegal [2] - 60:20, 61:7
illegally [1] - 50:19
imagination [1] - 57:21
immediately [5] - 18:14, 18:22, 18:25, 21:22, 38:11
Immigration [1] - 47:12
immigration [5] - 15:21, 16:2, 35:22, 42:13, 76:13
important [1] - 4:21
imprisonment [2] - 60:21, 61:8
IMRYS [2] - 62:19, 63:6
IN [1] - 1:1
inability [1] - 18:12
incident [37] - 19:25, 25:5, 25:18, 25:24, 26:13, 26:19, 26:20, 27:10, 27:18, 27:23, 27:25, 28:7, 28:25, 29:18, 30:3, 30:7, 30:10, 30:17, 30:18, 31:1, 31:5, 31:9, 31:12, 31:15, 31:17, 33:1, 34:19, 35:18, 36:15, 36:21, 38:10, 40:4, 46:20, 46:22, 53:4, 53:7, 67:22
incidents [7] - 29:17, 29:25, 33:5, 33:7, 33:8, 35:14, 40:8
include [1] - 73:20
including [1] - 61:18
inclusive [1] - 82:7
income [1] - 68:4
incorrect [1] - 38:18
incurred [1] - 64:1
indoor [1] - 9:3
infliction [2] - 60:22, 61:9
information [3] - 56:6, 57:22, 78:10
informed [1] - 18:13
initiated [1] - 21:24

injury [1] - 70:12
inmate [4] - 27:19, 44:23, 56:20, 56:25
inmates [7] - 19:15, 21:3, 21:11, 23:7, 26:21, 56:14, 57:16
inside [6] - 8:19, 8:25, 10:1, 10:9, 15:22, 16:3
Instead [1] - 19:9
instead [2] - 19:8, 56:25
insurance [2] - 55:5, 67:22
intended [2] - 36:9, 36:10
intentional [2] - 60:21, 61:9
intentionally [1] - 14:6
interaction [1] - 6:6
interactions [1] - 40:8
interested [1] - 82:10
interfering [1] - 20:5
interpret [2] - 2:11, 21:15, 49:20, 49:22, 80:6
INTERPRETER [1] - 49:17
Interpreter [1] - 1:25, 70:4
interpreter [32] - 2:23, 3:2, 3:5, 3:7, 3:9, 3:10, 3:11, 3:14, 3:17, 3:18, 3:19, 3:24, 4:1, 4:4, 4:14, 4:15, 4:17, 4:22, 5:17, 6:10, 6:13, 6:18, 21:15, 26:25, 34:6, 47:21, 49:17, 49:19, 49:21, 77:7, 80:8, 81:9
interpreting [2] - 4:17, 6:13
interrupt [1] - 26:25
interview [3] - 50:22, 51:3, 51:5
involve [2] - 30:7, 30:13
involved [8] - 26:19, 29:10, 29:11, 30:24, 31:1, 31:9, 31:14, 31:17
involves [1] - 36:22
involving [4] - 25:24, 26:14, 30:2, 30:4
Irwin [16] - 15:3, 17:10, 17:25, 18:4, 20:6, 23:10, 24:9, 25:14, 54:20, 54:21, 55:13, 58:18, 58:19, 66:9, 68:25, 77:21
isolate [1] - 57:14
issue [2] - 4:18, 64:22
issued [3] - 18:24, 19:2, 61:16
issues [1] - 74:10
issuing [1] - 58:8
it'll [1] - 13:18

## J

Jackie [1] - 45:9
jail [4] - 47:4, 47:5, 47:24, 48:8

DAE EEK CHO, 1/2/2014

**JANUARY** [1] - 1:13
**January** [5] - 1:18, 12:14, 46:5, 82:5, 82:13
**Jason** [1] - 1:25
**JASON** [1] - 2:10
**Jensen** [5] - 53:25, 54:11, 54:16, 56:5, 59:1
**job** [2] - 12:15, 19:9
**jobs** [1] - 65:25
**Joe** [1] - 7:25
**joined** [1] - 30:11
**Jones** [12] - 18:13, 18:15, 18:18, 18:19, 21:24, 39:3, 39:6, 39:10, 43:13, 43:17, 44:21
**Judge** [7] - 41:15, 42:1, 42:4, 42:8, 42:14, 45:5, 49:12
**judge** [31] - 6:16, 14:1, 14:3, 34:10, 40:16, 40:21, 40:25, 41:2, 41:11, 41:17, 41:18, 41:21, 42:1, 43:6, 43:7, 43:8, 43:9, 47:24, 48:1, 48:9, 48:10, 49:23, 50:1, 50:3, 56:10, 58:15, 62:21
**July** [3] - 20:2, 23:22, 33:16
**June** [2] - 33:15, 33:16

**K**

**keep** [2] - 2:23, 10:19
**kept** [1] - 10:6
**Kerr** [4] - 69:25, 70:1, 70:2, 73:5
**KERR** [1] - 70:2
**Kevin** [2] - 53:25, 69:13
**kid** [2] - 56:17, 56:18
**kids** [5] - 56:15, 56:16, 57:12, 57:16
**kids'** [1] - 56:14
**kill** [1] - 22:24
**killed** [1] - 52:23
**Kind** [1] - 60:10
**kind** [35] - 14:17, 15:6, 15:15, 15:22, 18:7, 19:20, 21:11, 24:3, 27:22, 28:5, 28:20, 31:7, 37:4, 37:14, 38:12, 38:13, 40:17, 40:18, 43:8, 43:11, 46:15, 46:17, 52:24, 56:14, 56:17, 57:14, 57:18, 72:13, 73:12, 76:18, 76:19, 76:22, 81:12
**knowledge** [1] - 16:23
**known** [2] - 25:14, 38:13
**knows** [2] - 25:12, 25:17, 45:11, 45:12
**Korea** [6] - 43:21, 57:20, 64:18, 71:5, 71:12, 71:17
**Korean** [4] - 2:11, 2:12, 4:16, 80:7

**L**

**ladies** [1] - 31:2
**lady** [4] - 26:12, 30:10, 30:11, 56:20
**Lamar** [1] - 1:25
**LAMAR** [1] - 1:3
**land** [1] - 67:24
**landscaping** [1] - 68:7
**Last** [4] - 5:24, 5:25, 35:5, 62:20
**last** [27] - 2:21, 5:2, 5:3, 5:13, 6:20, 6:23, 10:20, 11:11, 11:15, 21:13, 24:17, 24:18, 25:5, 35:18, 40:11, 40:22, 45:9, 54:4, 54:9, 54:18, 55:19, 58:1, 63:1, 66:24, 67:18, 73:5, 76:12
**lasted** [1] - 76:18
**late** [1] - 14:2
**law** [1] - 77:14
**Lawrenceville** [2] - 54:3, 56:1
**laws** [1] - 62:12
**lawsuit** [17] - 18:14, 18:20, 18:21, 34:11, 62:13, 62:15, 62:17, 62:21, 63:9, 63:13, 66:10, 69:1, 69:6, 71:9, 71:11, 74:7
**lawsuits** [1] - 62:16
**lawyer** [5] - 7:13, 7:15, 63:12, 63:16, 74:19
**lawyer's** [1] - 17:4
**lawyers** [6] - 7:16, 7:17, 7:18, 7:24, 39:9, 43:3
**least** [1] - 19:15
**leave** [1] - 19:19
**leaving** [1] - 35:22
**Lee** [2] - 1:25, 80:4
**LEE** [1] - 2:10
**left** [5] - 6:23, 17:4, 44:9, 72:24, 73:3
**legal** [2] - 50:20, 50:21
**length** [1] - 28:24
**leniency** [1] - 46:16
**Lerer** [3] - 63:1, 63:4, 63:5
**LERER** [1] - 63:2
**less** [1] - 10:3
**letter** [27] - 6:17, 40:15, 40:17, 40:20, 40:23, 40:25, 41:3, 41:10, 41:17, 41:18, 41:21, 47:22, 48:1, 48:11, 48:12, 48:14, 48:16, 49:6, 56:10, 56:19, 56:20, 57:7, 58:3, 79:4, 79:7, 79:9, 79:20
**letters** [2] - 56:22, 56:24
**level** [1] - 40:2
**library** [1] - 76:5

**license** [2] - 71:20, 71:22
**licensed** [1] - 4:16
**lie** [3] - 43:19, 44:15, 57:18
**lied** [1] - 43:18
**life** [3] - 36:8, 36:9, 40:23
**lifted** [1] - 37:11
**lined** [1] - 36:25
**list** [1] - 39:1
**listed** [1] - 43:13
**listen** [4] - 23:8, 28:2, 28:20, 48:10
**listened** [1] - 23:7
**live** [3] - 11:17, 12:15, 81:4
**lived** [2] - 58:13, 76:2
**lives** [1] - 11:25
**living** [5] - 10:25, 11:4, 11:9, 11:20, 40:24
**location** [1] - 53:22
**lock** [1] - 35:24
**lockbox** [3] - 35:25, 36:22, 40:6
**Look** [7] - 16:15, 17:18, 19:7, 30:23, 33:11, 34:16, 47:6
**look** [5] - 12:15, 34:10, 34:14, 43:24, 51:11, 60:8, 60:11
**looked** [3] - 36:1, 43:8, 75:21
**looking** [5] - 25:4, 37:12, 40:3, 68:20, 75:24
**looks** [1] - 60:1
**loss** [2] - 68:4, 68:11
**lost** [2] - 51:21, 76:18
**loud** [1] - 44:17
**lunch** [6] - 57:24, 59:8, 59:12, 67:12, 73:2, 73:3
**lying** [1] - 26:3

**M**

**ma'am** [3] - 3:21, 5:10
**MACON** [2] - 1:2, 1:13
**Macon** [6] - 1:18, 11:2, 53:16, 70:25, 78:13, 79:2
**mad** [2] - 66:16, 67:9
**mail** [9] - 12:7, 40:25, 47:22, 48:6, 71:14, 77:8, 81:2
**mailbox** [1] - 71:13
**mailed** [2] - 48:9, 48:20
**mailing** [3] - 12:17, 78:7, 78:11
**majority** [1] - 21:3
**manager** [2] - 39:14, 43:17
**managers** [1] - 19:14
**Marcus** [2] - 46:20, 46:21
**marked** [4] - 6:22, 6:24, 46:24, 56:23
**marriage** [1] - 65:6
**married** [2] - 59:5, 77:17
**marshal** [2] - 73:1, 75:19

**marshal's** [1] - 75:21
**marshals** [3] - 67:19, 72:20, 75:17
**Mart** [2] - 53:24, 69:20
**materials** [1] - 68:10
**McDonalds** [1] - 72:5
**mean** [13] - 7:15, 19:23, 28:15, 30:25, 33:7, 38:7, 38:16, 41:23, 45:19, 52:12, 63:15, 66:18, 77:14
**meaning** [2] - 44:6, 52:13
**meant** [2] - 30:20, 52:22
**measure** [1] - 7:22
**medical** [10] - 16:20, 21:25, 36:16, 36:17, 53:11, 56:7, 64:24, 65:7, 68:3, 69:7
**medication** [2] - 46:10, 77:23
**medicines** [2] - 32:18, 46:13
**meet** [1] - 67:23
**meeting** [2] - 16:20, 17:2
**memo** [1] - 59:25
**memory** [1] - 31:11
**mention** [6] - 5:2, 35:18, 38:25, 40:11, 41:6, 73:21
**mentioned** [6] - 35:12, 35:13, 35:15, 62:3, 68:8, 74:5
**messages** [1] - 17:3
**met** [2] - 12:1
**Mexican** [1] - 15:16
**MIDDLE** [1] - 1:1
**midnight** [1] - 24:14
**might** [9] - 4:13, 9:25, 10:9, 15:23, 20:20, 51:10, 56:6, 60:11, 68:1
**mind** [1] - 62:24
**minutes** [4] - 19:20, 57:25, 64:11, 66:13
**missed** [1] - 11:12
**missing** [1] - 61:3
**mistake** [7] - 16:7, 28:6, 49:25, 50:10, 58:9, 58:10
**mistakes** [3] - 67:5, 67:8, 67:10
**moment** [1] - 36:10
**Monday** [1] - 55:1
**money** [5] - 12:6, 62:9, 64:24, 65:24, 67:25
**monitor** [1] - 24:3
**monthly** [1] - 65:9
**months** [11] - 32:18, 43:22, 44:9, 46:14, 51:20, 52:9, 55:10, 55:16, 58:21, 67:4, 70:18
**morning** [1] - 13:20
**most** [1] - 25:15
**motion** [1] - 42:14
**move** [2] - 12:12, 69:8
**moved** [1] - 21:6

DAE EEK CHO, 1/2/2014

**MS** [15] - 1:22, 2:18, 25:3, 49:19, 59:7, 59:12, 64:14, 78:3, 78:11, 78:19, 79:6, 80:4, 80:11, 80:23, 81:19
**Mulberry** [1] - 1:17
**music** [1] - 24:15
**MY** [1] - 82:12

**N**

**N-a-r-i-y-a-n-a** [1] - 53:12
**Nadia** [3] - 39:13, 43:14, 44:4
**name** [20] - 11:8, 11:15, 14:18, 18:9, 34:13, 37:18, 37:25, 38:2, 38:3, 38:21, 40:11, 45:24, 48:18, 51:24, 52:1, 56:1, 63:1, 69:20, 70:13, 77:20
**named** [3] - 11:14, 20:15, 43:17
**names** [7] - 32:4, 38:22, 38:24, 38:25, 39:1, 43:13, 53:10
**Nariyana** [4] - 53:12, 54:9, 56:5, 58:25
**near** [3] - 15:1, 30:25, 53:24
**need** [33] - 3:5, 3:6, 3:7, 3:10, 3:11, 3:13, 3:14, 3:17, 3:18, 3:19, 3:20, 3:23, 4:3, 4:4, 4:14, 5:11, 5:15, 5:24, 6:4, 6:5, 6:18, 65:13, 65:15, 67:25, 71:13, 76:19, 78:7, 79:6, 80:6
**needed** [1] - 56:16
**needs** [3] - 3:1, 65:24
**neglected** [1] - 39:17
**negligent** [10] - 39:16, 39:20, 39:25, 40:1, 40:13, 40:14, 40:19, 41:8, 60:22, 61:9
**negligently** [3] - 39:4, 42:9, 43:16
**Neiman** [2] - 46:20, 46:21
**never** [15] - 12:1, 15:23, 15:24, 17:2, 17:3, 20:7, 26:8, 42:24, 64:17, 76:25, 77:10, 77:16, 77:17
**Never** [1] - 17:4
**new** [1] - 35:16
**New** [1] - 51:1
**news** [1] - 44:13
**Next** [1] - 71:2
**next** [17] - 9:9, 16:15, 18:11, 19:7, 21:17, 24:4, 26:17, 30:16, 31:20, 33:11, 34:25, 54:25, 71:1, 72:12, 76:1
**nice** [5] - 21:8, 21:10, 26:4, 26:9, 27:19
**night** [2] - 36:17, 53:8
**nine** [1] - 37:6

**ninth** [2] - 24:6, 41:12
**NO** [2] - 1:5, 1:9
**Nobody** [1] - 7:20
**nobody** [1] - 13:9
**noodles** [2] - 26:6, 27:20
**normal** [1] - 10:5
**normally** [1] - 62:5
**Notary** [1] - 83:25
**NOTE** [1] - 2:7
**note** [2] - 6:14, 73:4
**notebook** [2] - 60:1, 60:7
**nothing** [8] - 27:9, 30:17, 30:18, 30:21, 34:2, 42:6, 59:18, 75:3
**notice** [1] - 41:19
**number** [1] - 75:25
**numbered** [1] - 82:6

**O**

**o'clock** [11] - 13:19, 13:20, 13:21, 13:22, 13:23, 16:8, 16:14, 44:3, 72:8
**oath** [4] - 2:21, 25:3, 59:13, 64:14
**obey** [1] - 20:4
**Obono** [1] - 20:16
**OBONO** [1] - 20:16
**observation** [1] - 36:17
**occasion** [1] - 27:11
**occasions** [1] - 27:12
**occupied** [1] - 67:14
**occur** [2] - 33:2, 33:4
**occurred** [2] - 25:19, 31:22
**Ocilla** [3] - 47:16
**October** [9] - 21:23, 25:20, 29:7, 30:1, 30:6, 30:13, 33:17, 34:19, 77:4
**OF** [4] - 1:1, 1:6, 1:11, 82:1
**OFF** [4] - 25:2, 59:9, 64:13, 78:2
**office** [11] - 16:20, 24:4, 59:3, 75:21, 78:17, 79:10, 79:12, 79:14, 79:21, 79:22, 79:25
**Office** [3] - 1:17, 1:23, 1:23
**officer** [5] - 20:5, 20:18, 23:6, 27:24
**offices** [1] - 1:17
**OFFICIAL** [1] - 82:12
**old** [6] - 16:11, 56:12, 57:9, 57:10, 57:17, 57:18
**Ole** [2] - 71:1, 71:3
**on-call** [1] - 3:21
**once** [3] - 19:15, 19:16, 45:13
**Once** [1] - 16:10
**Oncology** [3] - 12:25, 13:1, 55:25
**oncology** [1] - 69:13

**One** [3] - 20:20, 74:20, 76:5
**one** [49] - 4:2, 9:10, 13:25, 15:7, 15:10, 15:11, 18:6, 19:19, 22:9, 23:4, 24:20, 24:24, 26:3, 26:21, 27:13, 27:19, 27:21, 29:2, 29:3, 29:18, 30:10, 38:23, 44:9, 52:15, 52:16, 54:10, 56:8, 56:17, 56:21, 56:24, 57:1, 58:4, 58:25, 62:1, 62:15, 62:17, 64:16, 67:17, 67:19, 71:18, 72:9, 72:10, 76:24, 77:10, 77:14, 80:17
**ones** [2] - 42:19, 55:3
**open** [4] - 5:6, 9:5, 9:6, 9:8
**opening** [1] - 5:7
**opinion** [2] - 75:2
**opted** [1] - 43:20
**option** [1] - 44:25
**ordeal** [5] - 8:5, 35:4, 61:15, 61:18, 64:17
**order** [1] - 65:16
**ordered** [1] - 14:3
**outcome** [1] - 82:11
**outside** [10] - 9:21, 10:1, 10:10, 17:15, 42:5, 42:7, 48:8, 49:2, 49:3, 73:1
**overall** [1] - 34:14
**overhead** [2] - 35:25, 36:5
**owed** [1] - 12:5
**owes** [1] - 12:4
**own** [2] - 80:7, 80:19
**Ozart** [2] - 7:25, 42:20

**P**

**p.m** [1] - 44:3
**P.O** [1] - 12:7
**packed** [1] - 10:16
**page** [22] - 7:6, 8:13, 8:14, 13:3, 14:8, 16:4, 17:18, 19:7, 21:16, 25:4, 25:18, 27:16, 29:16, 29:20, 34:16, 35:17, 35:19, 43:24, 47:6, 50:7, 60:18
**PAGE** [1] - 83:1
**Page** [1] - 8:17
**PAGE/LINE** [1] - 83:6
**pages** [4] - 60:2, 60:4, 82:6, 83:4
**paid** [4] - 51:18, 51:23, 65:11, 65:12
**Palatier** [4] - 42:2, 42:4, 42:8, 45:5
**papers** [1] - 66:15
**paragraph** [26] - 8:13, 9:9, 13:4, 14:8, 16:5, 16:15, 19:8, 25:5, 25:8, 25:19, 27:15, 29:15, 29:20, 32:23,

33:11, 33:12, 33:18, 34:16, 34:17, 35:14, 35:19, 36:19, 38:4, 43:24, 44:1
**parallel** [2] - 36:6
**parents** [2] - 71:16, 71:17
**parking** [1] - 76:4
**part** [3] - 3:15, 50:10, 74:7
**participate** [1] - 42:23
**particular** [1] - 38:19
**parties** [1] - 82:10
**past** [2] - 21:25, 74:17
**past-due** [1] - 21:25
**pastor** [1] - 11:7
**patient** [1] - 73:11
**pay** [7] - 12:4, 12:5, 17:13, 52:5, 65:8, 65:9, 65:13
**paying** [1] - 4:16
**payment** [1] - 65:16
**pending** [1] - 69:9
**people** [11] - 10:16, 10:17, 15:15, 16:2, 20:9, 21:7, 26:24, 27:1, 28:23, 49:2, 49:3
**percent** [1] - 73:12
**permanent** [1] - 12:18
**permission** [4] - 45:14, 45:17, 45:23, 46:1
**permit** [1] - 48:2
**person** [12] - 14:13, 17:2, 21:13, 26:3, 28:6, 37:18, 38:10, 49:2, 51:15, 51:25, 54:1, 70:21
**personal** [2] - 14:5, 14:6
**personality** [4] - 64:7, 65:5, 66:2, 66:4
**personally** [1] - 18:15
**Peterson** [1] - 11:6
**phone** [15] - 17:1, 17:3, 17:4, 17:6, 17:9, 17:11, 42:23, 43:1, 45:13, 45:20, 51:25, 66:11, 69:15, 75:15, 75:25
**physical** [4] - 26:22, 31:3, 81:11, 81:16
**physically** [2] - 51:15, 79:22
**pick** [2] - 58:13, 79:11
**picked** [11] - 15:14, 17:2, 17:4, 49:24, 50:5, 50:8, 50:12, 50:15, 55:7, 68:17, 74:25
**picking** [1] - 32:19
**pictures** [2] - 56:14, 57:13
**place** [4] - 10:19, 12:15, 21:7, 24:3
**placed** [4] - 19:9, 19:12, 22:7, 36:16
**plaintiff** [6] - 34:3, 34:5, 34:7, 34:9, 34:12, 34:15
**Plaintiff** [27] - 1:4, 1:9, 1:21, 9:10, 17:20, 19:9, 21:23, 21:25, 26:18, 30:17, 33:14,

DAE EEK CHO, 1/2/2014

33:23, 33:25, 34:18, 35:21, 36:2, 36:6, 36:8, 36:12, 36:14, 38:6, 44:3, 44:5, 44:6, 44:10, 44:12

**Plaintiff's** [5] - 16:17, 16:19, 21:18, 21:19, 34:8

**plan** [5] - 12:9, 12:14, 65:16, 73:8, 73:15

**planning** [9] - 63:16, 65:9, 65:20, 68:13, 69:3, 71:19, 73:7, 73:10, 73:23

**play** [1] - 43:11

**plus** [1] - 17:11

**point** [1] - 5:15

**pointing** [1] - 8:18

**police** [7] - 67:20, 72:17, 72:20, 73:3, 75:16, 75:19

**Police** [4] - 46:18, 46:19, 58:13, 68:18

**pools** [1] - 68:7

**popular** [4] - 20:8, 20:11, 20:12, 21:2

**position** [2] - 36:5, 36:6

**possible** [3] - 21:16, 73:9, 74:14

**post** [1] - 78:17

**Post** [1] - 1:23

**postponing** [1] - 71:9

**powerful** [1] - 50:2

**practice** [1] - 53:18

**prepare** [1] - 7:21

**prepared** [1] - 7:11

**present** [4] - 1:25, 51:15, 59:10, 80:5

**pressure** [2] - 64:5, 65:4

**pretty** [1] - 72:11

**prevent** [1] - 19:23

**previous** [1] - 2:2

**PRO** [1] - 1:21

**problems** [1] - 65:6

**proceed** [1] - 7:22

**process** [7] - 4:8, 8:5, 35:5, 50:22, 66:14, 78:5, 80:20

**properly** [2] - 4:18, 6:13

**property** [1] - 62:10

**provide** [1] - 39:11

**Public** [1] - 83:25

**purchase** [1] - 80:16

**pushed** [3] - 28:2, 28:4, 28:20

**put** [7] - 2:20, 5:5, 20:1, 23:9, 24:2, 37:12, 53:7

## Q

**questions** [5] - 3:2, 6:1, 60:8, 60:11, 80:20

## R

**race** [1] - 14:21

**raise** [1] - 10:11

**Ramen** [2] - 26:6, 27:20

**ran** [1] - 67:18

**Rather** [1] - 22:15

**rather** [1] - 2:22

**ray** [1] - 18:6

**Ray** [2] - 63:4, 63:5

**reach** [1] - 39:7

**reached** [1] - 35:24

**Read** [1] - 49:11

**read** [14] - 2:8, 5:18, 27:14, 27:15, 33:11, 35:19, 43:25, 44:16, 44:17, 79:10, 79:14, 80:1, 80:5, 83:3

**reading** [2] - 25:21, 78:5

**real** [2] - 67:23, 68:21

**realized** [1] - 15:22

**really** [14] - 15:20, 20:17, 22:9, 22:23, 31:18, 37:14, 43:5, 49:18, 52:19, 60:9, 62:23, 66:5, 67:13, 75:17

**reason** [4] - 3:15, 24:8, 75:23, 76:23

**rec** [1] - 56:13

**receive** [1] - 79:9

**received** [1] - 59:5

**RECORD** [4] - 25:2, 59:9, 64:13, 78:2

**record** [3] - 59:13, 78:4, 81:15

**records** [2] - 45:14, 53:11

**recreation** [2] - 28:21, 30:3

**referred** [1] - 54:11

**referring** [2] - 35:14, 49:6

**refers** [3] - 27:11, 27:14, 34:18

**refusal** [1] - 20:4

**regular** [1] - 19:6

**related** [5] - 12:20, 13:12, 56:6, 74:10, 82:10

**release** [3] - 50:2, 58:15, 58:17

**released** [13] - 13:17, 14:4, 21:22, 22:3, 22:11, 24:22, 46:8, 54:21, 58:16, 58:20, 66:8, 68:24, 69:2

**remainder** [1] - 59:10

**remember** [43] - 10:24, 11:14, 14:16, 14:18, 14:19, 18:10, 20:15, 20:20, 20:22, 20:23, 20:24, 20:25, 21:12, 23:11, 23:13, 28:11, 28:12, 31:12, 31:18, 32:4, 33:2, 33:3, 33:5, 33:8, 33:9, 35:16, 40:24, 41:11, 45:22, 46:11, 51:24, 52:1, 52:2,

55:12, 63:24, 76:17, 76:19, 76:20, 76:22, 77:1, 77:2, 77:20

**remembers** [1] - 52:2

**remove** [1] - 52:25

**removed** [4] - 21:18, 35:25, 36:4, 54:6

**rent** [2] - 12:4, 12:5

**repeat** [1] - 49:20

**replaced** [1] - 21:19

**replied** [1] - 44:6

**reply** [1] - 71:15

**report** [1] - 72:17

**reported** [1] - 82:5

**reporter** [5] - 2:10, 2:16, 3:1, 6:7, 80:13

**REPORTER** [8] - 78:7, 78:17, 79:4, 79:7, 79:13, 79:19, 79:24, 82:1

**Reporter** [3] - 1:16, 82:4, 82:16

**reporter's** [4] - 4:20, 78:4

**REPORTER'S** [1] - 2:7

**representing** [1] - 63:9

**request** [7] - 17:2, 45:14, 46:2, 47:24, 56:19, 69:11, 71:15

**requested** [3] - 16:20, 21:6, 49:25

**requesting** [3] - 47:4, 48:1, 56:11

**requests** [2] - 35:9, 64:9

**RESERVES** [1] - 2:7

**resolve** [1] - 51:19

**respond** [1] - 74:4

**rest** [1] - 65:14

**restaurant** [1] - 71:3

**restaurants** [1] - 72:5

**result** [2] - 64:1, 64:25

**resulted** [1] - 58:11

**return** [6] - 39:8, 44:8, 47:9, 68:11, 68:12

**returned** [4] - 17:3, 33:14, 33:23, 41:3

**ridiculed** [1] - 44:14

**Riverside** [1] - 71:4

**Road** [1] - 69:21

**Robbie** [1] - 69:25

**Rodriguez** [5] - 40:11, 40:13, 40:17, 41:2, 43:14

**Rodriquez** [4] - 21:19, 21:22, 21:24, 22:4

**room** [7] - 9:7, 24:2, 28:21, 28:22, 30:3, 56:13, 80:1

**ruined** [1] - 65:15

**rule** [2] - 9:13, 9:15

**rules** [1] - 2:21

**run** [3] - 6:4, 67:19, 72:18

## S

**sang** [2] - 20:12, 20:13

**Saturday** [2] - 12:11, 72:12

**saw** [10] - 15:1, 15:21, 16:2, 54:4, 54:9, 54:18, 54:20, 55:17, 67:20, 73:1

**scar** [1] - 46:15

**scare** [1] - 37:13

**scared** [2] - 37:13, 37:14

**Schwartz** [4] - 7:25, 8:1, 8:2, 42:20

**scope** [1] - 34:21

**SE** [1] - 1:21

**SEAL** [1] - 82:12

**second** [6] - 3:15, 20:20, 23:24, 47:6, 57:25, 67:22

**section** [3] - 21:6, 73:16, 73:17

**see** [30] - 8:15, 8:17, 8:19, 9:7, 9:12, 12:23, 13:4, 14:23, 16:21, 17:25, 18:3, 18:15, 19:10, 19:15, 19:19, 22:2, 25:4, 25:9, 26:17, 26:19, 33:22, 46:3, 54:24, 55:11, 55:12, 55:14, 60:19, 61:3, 71:14

**sell** [1] - 67:24

**send** [7] - 6:17, 41:2, 48:11, 79:4, 79:7, 79:16, 79:19

**sent** [10] - 22:18, 23:19, 40:16, 41:1, 46:17, 46:19, 48:9, 48:12, 56:10, 57:23

**sentence** [22] - 8:18, 8:23, 9:9, 13:5, 13:6, 16:16, 17:18, 18:11, 18:15, 19:8, 21:17, 21:20, 22:1, 26:17, 28:15, 30:16, 31:13, 31:16, 31:20, 34:25, 40:24, 48:24, 49:11

**sentences** [2] - 21:15, 49:21

**separate** [1] - 27:13

**separated** [1] - 31:4

**separately** [1] - 72:7

**September** [5] - 33:17, 43:25, 44:2, 55:20, 55:23

**serious** [2] - 37:5, 76:23

**seriously** [1] - 57:15

**serve** [1] - 75:9

**served** [1] - 76:3

**service** [3] - 7:6, 72:7, 72:8

**services** [1] - 65:13

**set** [2] - 42:25, 43:1

**setting** [2] - 4:13, 4:14

**Settle** [22] - 25:6, 25:9, 34:20, 35:23, 35:24, 36:1, 36:9, 36:11, 36:12, 37:18, 37:19, 37:22, 38:5, 38:6, 38:8, 38:17, 39:22, 39:24, 40:5, 40:9, 43:14

DAE EEK CHO, 1/2/2014

**Settle's** [1] - 38:21
**Settled** [1] - 37:20
**Settles** [8] - 37:24, 38:1, 38:3, 38:9, 38:11, 38:12, 38:13, 38:19
**seven** [1] - 56:16
**seventh** [2] - 29:13, 41:14
**several** [2] - 18:11, 38:25
**severely** [1] - 39:17
**SF-95** [1] - 6:21
**shackles** [1] - 36:2
**SHEET** [1] - 83:1
**SHEETUL** [1] - 1:22
**Sheriff's** [1] - 46:6
**shield** [1] - 9:11
**shirt** [1] - 9:10
**shirts** [2] - 9:18, 9:19
**shocked** [1] - 8:6
**shooting** [1] - 32:8
**shoplifting** [4] - 19:21, 46:22, 68:18, 68:19
**shopping** [1] - 72:4
**short** [1] - 15:15
**shorter** [2] - 21:15, 49:21
**show** [9] - 6:23, 8:17, 46:16, 46:17, 46:24, 56:22, 57:13, 60:17, 75:1
**showed** [3] - 37:12, 40:15, 40:17
**showing** [1] - 78:20
**siblings** [2] - 71:16, 71:18
**sided** [4] - 26:13, 27:22, 29:4, 30:11
**sign** [4] - 2:8, 79:10, 79:14, 80:1
**SIGNATURE** [1] - 83:1
**signature** [5] - 7:3, 7:5, 47:2, 78:25, 82:12
**signed** [5] - 45:23, 47:1, 47:3, 47:5, 48:18
**signing** [2] - 45:21, 80:20
**simply** [1] - 35:10
**sing** [1] - 20:11
**sit** [2] - 79:25, 80:14
**sitting** [1] - 16:11
**situations** [1] - 20:8
**six** [7] - 17:7, 32:18, 43:22, 56:12, 57:10, 57:18
**six-year-old** [1] - 56:12
**skinned** [3] - 56:20, 56:25, 57:5
**Skinner** [8] - 18:12, 31:22, 31:25, 32:15, 32:25, 41:6, 41:7, 43:15
**slow** [1] - 44:15
**slowly** [2] - 36:4, 37:11
**small** [1] - 69:5
**smelly** [2] - 8:21, 8:24
**soft** [1] - 70:21

**solid** [2] - 4:5, 4:7
**solitary** [16] - 19:10, 19:12, 20:1, 21:23, 22:3, 22:5, 22:7, 22:12, 22:18, 22:20, 22:25, 23:1, 23:2, 23:19, 24:17, 24:19
**someone** [4] - 11:14, 45:10, 80:6, 81:6
**sometimes** [4] - 2:25, 3:4, 3:6, 21:5
**somewhat** [1] - 38:14
**somewhere** [2] - 6:14, 32:20
**songs** [2] - 20:12
**soon** [4] - 45:8, 72:10, 72:11, 73:9
**sorry** [8] - 19:2, 34:6, 44:15, 49:17, 56:4, 69:14, 81:10, 81:13
**sort** [1] - 69:3
**sound** [3] - 55:21, 55:23, 56:1
**Southern** [15] - 25:12, 25:16, 28:5, 28:19, 30:4, 30:21, 31:4, 37:16, 37:22, 37:23, 37:25, 38:9, 38:16, 38:18
**Spanish** [7] - 21:3, 25:25, 26:12, 28:25, 30:1, 30:8, 44:23
**spell** [1] - 63:3
**spelling** [1] - 53:14
**spend** [4] - 22:5, 52:14, 52:15, 75:24
**spending** [1] - 76:10
**spent** [3] - 22:14, 64:24, 76:24
**spoken** [1] - 45:12
**Spring** [1] - 47:13
**staff** [1] - 23:10
**staffers** [1] - 16:11
**stainless** [1] - 10:5
**standard** [2] - 18:6, 18:7
**standing** [1] - 27:1
**stare** [1] - 36:4
**start** [9] - 4:24, 24:14, 61:15, 66:8, 68:6, 68:9, 68:10, 69:3, 69:5
**started** [12] - 4:25, 13:19, 21:12, 26:8, 26:10, 27:21, 27:22, 27:25, 61:16, 66:10, 67:4, 69:1
**starting** [5] - 13:5, 16:15, 19:8, 57:15, 65:5
**starts** [2] - 8:18, 17:19
**state** [2] - 9:10, 32:23
**statement** [4] - 5:7, 13:4, 31:15, 49:13
**STATES** [3] - 1:1, 1:6, 1:11
**States** [2] - 1:23, 34:11
**stay** [1] - 64:21
**staying** [2] - 10:21, 12:9

**steel** [1] - 10:6
**step** [1] - 42:5
**Stephens** [2] - 45:10, 45:24
**Still** [2] - 25:4, 34:16
**still** [14] - 11:4, 12:7, 13:3, 25:3, 25:20, 27:20, 44:5, 53:21, 53:23, 58:17, 59:5, 59:13, 64:14, 77:22
**STIPULATIONS** [1] - 2:1
**stipulations** [1] - 2:2
**stitches** [1] - 54:6
**stop** [2] - 15:21, 15:25
**stopped** [1] - 16:1
**stops** [1] - 15:14
**store** [1] - 76:4
**story** [2] - 23:8, 57:20
**strange** [1] - 21:5
**Street** [1] - 1:18
**stress** [7] - 52:15, 52:17, 53:6, 62:7, 68:23, 69:6
**strike** [1] - 56:4
**strong** [1] - 21:4
**stuff** [11] - 21:9, 26:3, 26:7, 27:20, 28:23, 32:22, 33:10, 35:11, 62:7, 66:1, 68:7
**subpoena** [6] - 74:21, 74:23, 75:2, 75:5, 75:13, 76:3
**subpoenaed** [1] - 74:25
**subscribed** [1] - 83:23
**Suburban** [1] - 55:25
**sudden** [1] - 66:14
**sue** [2] - 37:19, 37:20
**sued** [5] - 18:19, 45:2, 45:4, 63:19, 77:11
**suffer** [1] - 64:16
**suffered** [3] - 43:10, 76:12, 76:13
**suffering** [6] - 24:11, 59:6, 62:8, 64:4, 64:6, 65:3
**sufferings** [1] - 74:16
**suicidal** [8] - 22:10, 22:23, 22:25, 24:2, 24:20, 28:12, 36:17, 61:25
**suicide** [1] - 62:1
**suing** [1] - 46:4
**suit** [3] - 18:17, 18:22, 63:6
**Sunday** [1] - 12:11
**supervisor** [3] - 38:23, 39:10
**supplement** [1] - 43:9
**supposed** [2] - 23:14, 61:17
**surgery** [7] - 52:21, 52:24, 54:1, 54:5, 64:19, 64:21, 65:12
**Suwanee** [2] - 53:24, 54:2
**swimming** [1] - 68:7
**swing** [1] - 36:5
**switching** [1] - 56:3
**sworn** [2] - 2:10, 2:15
**Sworn** [1] - 83:23

**sympathy** [1] - 46:17

**T**

**T-shirt** [1] - 9:10
**tall** [1] - 21:4
**tax** [1] - 17:11
**temperature** [6] - 8:19, 8:25, 9:21, 10:12, 10:13, 35:11
**temperatures** [1] - 9:11
**ten** [8] - 10:7, 51:20, 59:4, 64:20, 74:17, 76:12, 76:18
**ten-hour** [1] - 64:20
**tenth** [2] - 23:15, 36:23
**terms** [1] - 66:6
**terrorized** [2] - 27:9, 29:12
**test** [1] - 18:6
**testified** [2] - 2:16, 58:2
**testimony** [12] - 1:15, 4:21, 31:24, 32:12, 57:3, 58:22, 67:1, 67:11, 81:16, 82:5, 82:8, 83:4
**Thanksgiving** [1] - 52:16
**THE** [21] - 1:1, 1:1, 25:2, 49:17, 59:9, 64:13, 78:2, 78:7, 78:9, 78:17, 79:4, 79:7, 79:11, 79:13, 79:15, 79:19, 79:23, 79:24, 80:3, 80:9, 80:22
**themselves** [1] - 75:19
**thereof** [1] - 82:11
**they've** [1] - 39:2
**thin** [1] - 9:10
**thinking** [6] - 20:21, 57:15, 63:17, 71:17, 72:10, 72:11
**third** [2] - 23:25, 34:16
**thoughts** [3] - 24:20, 62:1, 67:14
**threatened** [2] - 36:12, 38:6
**three** [9] - 19:16, 19:17, 23:7, 24:23, 41:23, 41:24, 44:9, 56:22, 58:25
**Three** [2] - 23:21, 55:10
**titled** [1] - 13:4
**today** [21] - 2:21, 3:7, 3:8, 3:11, 4:24, 5:7, 18:21, 35:6, 36:8, 57:3, 59:20, 60:8, 60:11, 60:15, 67:11, 72:1, 74:6, 74:8, 81:1, 81:17
**together** [2] - 27:22, 61:19
**took** [1] - 37:10
**topics** [1] - 56:3
**tortuous** [1] - 24:10
**torture** [1] - 35:7
**total** [5] - 22:13, 60:25, 61:1, 61:10, 61:20
**totally** [1] - 4:7
**towards** [4] - 14:6, 32:9,

DAE EEK CHO, 1/2/2014

43:16, 64:6
**transcribe** [1] - 3:1
**transcribed** [2] - 82:7
**transcript** [13] - 2:9, 5:19,
78:6, 79:5, 79:8, 79:17,
79:20, 79:21, 80:11, 80:16,
80:18, 80:19, 83:4
**transcription** [1] - 2:24
**treat** [1] - 73:10
**treated** [4] - 30:22, 32:13,
61:25, 70:12
**treating** [2] - 10:14, 10:18
**treatment** [7] - 17:21, 21:25,
32:5, 36:17, 64:5, 64:6,
67:4
**tried** [12] - 27:3, 28:1, 28:18,
37:13, 39:7, 39:9, 39:11,
42:20, 42:21, 51:10, 51:11,
64:8
**trip** [3] - 15:8, 15:10, 24:10
**trouble** [1] - 3:7
**truck** [1] - 68:12
**True** [4] - 33:19, 36:20
**true** [20] - 8:11, 16:23, 28:14,
29:15, 29:23, 30:18, 30:19,
31:10, 31:11, 31:15, 31:22,
31:23, 32:25, 33:18, 36:19,
43:23, 44:1, 48:22, 49:13,
56:12
**trustworthy** [2] - 43:7, 43:10
**truth** [1] - 10:24
**truths** [1] - 74:3
**try** [1] - 19:19
**trying** [7] - 27:4, 27:6, 34:1,
37:15, 67:24, 67:25, 70:16
**Turn** [5] - 8:13, 13:3, 16:4,
25:18, 60:18
**turned** [1] - 37:10
**twice** [3] - 3:16, 71:13
**two** [36] - 9:18, 9:19, 15:14,
17:13, 19:20, 20:22, 22:14,
22:17, 23:1, 24:7, 25:24,
26:21, 27:12, 28:25, 29:9,
29:19, 30:1, 30:7, 30:25,
31:2, 32:21, 38:1, 38:12,
38:20, 41:23, 41:24, 46:14,
50:23, 61:25, 67:13, 67:16,
68:2, 70:18, 76:3
**type** [1] - 9:16
**types** [1] - 20:9

## U

**unclear** [1] - 49:18
**uncomfortable** [1] - 81:11
**under** [10] - 2:20, 25:3,
52:17, 59:13, 64:14, 74:2,
74:21, 74:23, 75:2, 78:24
**Under** [1] - 13:4

**undisputed** [1] - 58:9
**unfit** [1] - 8:24
**unfortunate** [1] - 28:5
**uniform** [2] - 14:14, 14:16
**unimaginable** [1] - 74:16
**UNITED** [3] - 1:1, 1:6, 1:11
**United** [2] - 1:23, 34:11
**unless** [1] - 18:13
**unspeakable** [1] - 58:10
**up** [28] - 15:14, 17:2, 17:4,
30:23, 32:20, 36:25, 37:1,
42:25, 43:1, 49:24, 50:5,
50:8, 50:12, 50:15, 55:7,
57:11, 57:18, 58:13, 61:12,
61:16, 61:18, 61:20, 62:17,
62:23, 68:17, 75:1, 79:11
**upset** [2] - 27:23, 67:7
**Urgent** [3] - 69:20, 70:25,
71:4
**USA** [1] - 66:20

## V

**van** [7] - 13:6, 13:14, 14:13,
15:12, 15:17, 50:5, 50:8
**various** [3] - 34:25, 35:3,
35:13
**verbal** [1] - 31:3
**video** [1] - 42:25
**visit** [1] - 70:24
**voluntary** [3] - 44:24, 44:25,
45:3
**volunteer** [3] - 43:20, 44:8,
45:6
**vs** [2] - 1:5, 1:10

## W

**wait** [2] - 6:2, 42:7
**waiting** [5] - 13:19, 51:8,
51:9, 71:11
**Wal** [2] - 53:24, 69:20
**Wal-Mart** [2] - 53:24, 69:20
**WALL** [15] - 1:22, 2:18, 25:3,
49:19, 59:7, 59:12, 64:14,
78:3, 78:11, 78:19, 79:6,
80:4, 80:11, 80:23, 81:19
**Wall** [2] - 66:11, 74:21
**wall** [5] - 28:3, 28:4, 28:20,
28:22, 37:10
**wants** [1] - 63:6
**watching** [1] - 27:2
**wearing** [3] - 9:18, 9:19,
14:13
**wedding** [1] - 76:16
**week** [7] - 19:15, 22:11,
23:13, 24:18, 24:22, 52:22,
54:25

**weeks** [9] - 19:16, 19:17,
22:14, 22:17, 23:1, 32:21,
50:23, 51:7, 58:8
**well-known** [1] - 25:14
**whereas** [1] - 18:23
**white** [4] - 13:6, 14:21,
59:19, 59:24
**whole** [2] - 35:4
**wife** [4] - 11:24, 11:25, 12:3,
40:23
**window** [1] - 9:7
**windows** [3] - 9:5, 9:6, 9:8
**wish** [1] - 83:5
**wished** [1] - 42:23
**witness** [2] - 2:7, 80:14
**WITNESS** [8] - 78:9, 79:11,
79:15, 79:23, 80:3, 80:9,
80:22, 82:12
**woman** [1] - 13:7
**women** [1] - 44:23
**wondering** [1] - 62:6
**wooden** [2] - 10:5
**word** [5] - 8:18, 13:5, 16:16,
16:18, 34:17
**words** [2] - 2:22, 76:12
**workers** [1] - 15:22
**worried** [1] - 64:7
**worrisome** [1] - 38:14
**write** [6] - 47:25, 56:21, 57:7,
57:21, 60:12, 60:14
**writing** [3] - 31:6, 45:18, 60:4
**written** [1] - 57:5
**wrote** [11] - 28:16, 47:1,
47:23, 47:25, 48:5, 48:9,
48:15, 56:11, 56:19, 56:21,
56:25

## X

**x-ray** [1] - 18:6

## Y

**year** [7] - 17:10, 51:8, 54:8,
55:16, 56:12, 62:5, 67:4
**years** [8] - 20:22, 57:10,
57:18, 58:14, 59:4, 62:2,
74:17, 76:13
**Yoon** [3] - 7:25, 42:21, 43:23
**York** [1] - 51:1
**yourself** [2] - 34:12, 49:7

## Z

**Zebulon** [2] - 69:21, 69:22
**ZEBULON** [1] - 69:22